IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIDO WIRELESS INNOVATIONS LLC | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:26-CV-00521 |
| v. | § § | |
| LENOVO GROUP LTD. | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § § | |

## <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

Dido Wireless Innovations LLC (the "Plaintiff" or "Dido") files this Complaint for patent infringement against Defendant Lenovo Group Ltd. and states as follows:

## THE PARTIES

1. Dido is a limited liability company duly organized and existing under the laws of the State of Texas, with its principal place of business at 5204 Bluewater Drive, Frisco, Texas 75036.

2. On information and belief, Defendant Lenovo Group Ltd. ("Lenovo") is a Chinese company. In *IPVenture Inc. v. Lenovo Group Ltd. et al.*, 11-cv-00588 (D. Del.), D.I. 131, Lenovo Group stated that it has a principal place of business at 23/F, Lincoln House, Taikoo Place, 979 King's Road, Quarry Bay, Hong Kong. Lenovo does business in Texas and in the Eastern District of Texas, directly or through intermediaries, such as wholly-owned subsidiaries. Lenovo, either itself or through the activities of its subsidiaries, makes, uses, sells, offers for sale, and/or imports throughout the United States, including this District, products, including laptops, tablets, and mobile devices, such as Lenovo-branded laptops and tablets and Motorola-branded smartphones that infringe the Asserted Patents.

## NATURE OF THE ACTION

3. This is a civil action for infringement of U.S. Patent Nos. 11,201,656 ("the '656 Patent"), 11,330,564 ("the '564 Patent"), 11,337,230 ("the '230 Patent"), and 11,419,108 ("the '108 Patent"), (collectively, the "Asserted Patents") arising under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

4. Lenovo directly infringes the Asserted Patents by making, using, offering to sell, selling, and/or importing into the United States Lenovo products that practice the inventions

1

claimed in the Asserted Patents. This includes mobile devices and other devices that comply with and/or are capable of complying with 5G Standard.  These devices include all Lenovo branded and Motorola branded 5G products, including but not limited to, the Motorola Razr Fold, the Motorola Edge, the Lenovo ThinkPad T16 Gen 4 with an optional 5G modem, and all equivalents thereto (collectively, "the Lenovo Accused Products").

5.    Lenovo indirectly infringes the Asserted Patents by inducing its subsidiaries, affiliates, retail partners, customers, and consumer end-users to directly infringe the Asserted Patents, as directed and intended by Lenovo, by making, using, selling, offering for sale, and/or importing throughout the United States, including within this District, infringing products (such as the Lenovo Accused Products) and placing such products into the stream of commerce via established distribution channels knowing or understanding that such products would be sold and used in the United States, including in the Eastern District of Texas. Lenovo purposefully directs the Lenovo Accused Products into established distribution channels within this District and the U.S. nationally. For example, Lenovo sells and offers to sell the Lenovo Accused Products through its websites, Lenovo.com and Motorola.com, which may be accessed throughout the United States, the State of Texas, and this District. Additionally, Lenovo has authorized sellers and sales representatives that offer for sale and sell the Lenovo Accused Products throughout the State of Texas and to consumers throughout this District, such as: Best Buy, 2800 N Central Expy, Plano, TX 75074; Costco Wholesale, 3800 N Central Expy, Plano, TX 75074; Target, 7003 S Broadway Ave, Tyler, TX; and Wal-Mart, 1701 E End Blvd N, Marshall, TX 75670.

6.    Lenovo maintains a corporate presence in the United States via at least its wholly-owned subsidiaries, including Lenovo (United States) Inc. ("Lenovo US"), Lenovo Global Technology (United States) Inc. ("Lenovo Tech"), and Motorola Mobility LLC ("Motorola").

2

Lenovo is believed to hold 100% of the issued capital shares of each of Lenovo US, Lenovo Tech, and Motorola.

7.    On information and belief, Lenovo US is a subsidiary of Lenovo and a Delaware corporation with a corporate headquarters located at 1009 Think Place, Morrisville, North Carolina 27560. Lenovo US is registered to do business in the State of Texas.

8.    On information and belief, Lenovo Tech is a subsidiary of Lenovo and a Delaware corporation with a corporate headquarters located at 1009 Think Place, Morrisville, North Carolina 27560. Lenovo Tech is registered to do business in the State of Texas.

9.    On information and belief, Motorola is a subsidiary of Motorola Mobility Holdings LLC, which is a subsidiary of Lenovo and a Delaware corporation with a corporate headquarters located at 222 W. Merchandise Mart Plaza, Chicago, IL 60654. Motorola is registered to do business in the State of Texas.

10.    Lenovo and its U.S.-based subsidiaries (which act as part of a global network of sales and manufacturing subsidiaries) operate as agents of one another and vicariously as parts of a Group to work in concert together. For example, in its 2024/25 Annual Report, available at https://investor.lenovo.com/en/publications/reports.php?year=2025, Lenovo describes itself and its subsidiaries as follows on page 179:

**1    General information and basis of preparation**

Lenovo Group Limited (the "Company") and its subsidiaries (together, the "Group") develop, manufacture and market reliable, high-quality, secure and easy-to-use technology products and services. Its product lines include legendary Think-branded commercial personal computers and Idea-branded consumer personal computers, as well as servers, workstations, and a family of mobile internet devices, including tablets and smartphones.

In that same Annual Report at pages 259-265, Lenovo identifies U.S.-based subsidiaries (including but not limited to Lenovo US, Lenovo Tech., and Motorola) in its list of "principal subsidiaries." On page 259, Lenovo describes those principal subsidiaries as follows:

3

**36  Principal subsidiaries**

The following includes the principal subsidiaries directly or indirectly held by the Company and, in the opinion of the directors, are significant to the results of the year or form a substantial portion of the net assets of the Group. The directors consider that giving details of other subsidiaries would result in particulars of excessive length.

On pages 261 and 263-64, Lenovo identifies its 2025 "Percentage of issued share capital held" for Lenovo US, Lenovo Tech., and Motorola as "100%." Further, on those same pages, Lenovo identifies the "principal activities" for Lenovo US as "[d]istribution of IT products," the "principal activities" for Lenovo Tech. as "[p]rovision of IT services and distribution of IT products," and the "principal activities" of Motorola as "[d]eveloper, owner, licensor and seller of communications hardware and software." As such, Lenovo US, Lenovo Tech., and Motorola are agents of Lenovo. At the direction and control of Lenovo, the U.S.-based subsidiaries (including but not limited to Lenovo US and Lenovo Tech.) make, use, import, offer to sell, and/or sell Lenovo-branded laptops and tablets and Motorola-branded smartphones that infringe the Asserted Patents, including in the State of Texas and this District.

11.    Lenovo, alone and through its U.S.-based subsidiaries (such as Lenovo US, Lenovo Tech., and Motorola), places such infringing products into the stream of commerce via established distribution channels knowing or understanding that such products would be sold and used in the United States, including in the Eastern District of Texas. Lenovo has derived substantial revenue, alone and through its U.S.-based subsidiaries (such as Lenovo US, Lenovo Tech., and Motorola), by placing such infringing products into the stream of commerce via established distribution channels knowing or understanding that such products would be sold and used in the United States, including in the Eastern District of Texas. Lenovo has derived substantial revenue from infringing acts in the United States, including from the sale and use of infringing products, as shown in its 2024-25 Annual report at page 188 (showing revenues for "Americas").

12.     Plaintiff seeks damages and other relief for Lenovo's infringement of the Asserted Patents.

## JURISDICTION AND VENUE

13.     This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq.*

14.     Venue is proper in this judicial district under 28 U.S.C. §§1391(b)-(c) and 1400(b). Lenovo is not a resident in the United States and therefore, in accordance with 28 U.S.C. §§1391(c)(3), it may be sued in any judicial district.

15.     This Court has specific or, alternatively, general personal jurisdiction over Lenovo.

16.     Shares of Lenovo's stock are routinely purchased and sold by investors including investors in the United States through the OTC dealer network under the ticker "LNVGY."

17.     Lenovo is the sole owner of one or more U.S. based entities, including but not limited to Lenovo US, Lenovo Tech. and Motorola, either directly or indirectly. On information and belief, Lenovo makes or has made Lenovo Accused Products outside of the U.S. knowing and intending that a substantial percentage of such products would be sold in the U.S., including this district, through one or more of its U.S. based entities. Lenovo intentionally established one or more distribution channels into the United States, including this District, placed the Lenovo Accused Products into the stream of commerce, and/or could have reasonably foreseen that the Lenovo Accused Products would be sold in the United States, including this District.

18.     In addition and/or in the alternative, Lenovo has acted as a joint enterprise that includes one or more of its U.S. entities to distribute the Lenovo Accused Products in the United States, including this District. Therefore, the acts of one or more of Lenovo's U.S. entities constitute those of Lenovo.

19.    Lenovo is a foreign corporation transacting business within the state of Texas; is causing tortious injury to Dido by committing all or part of the tortious acts described herein within the State of Texas, including this District; and/or is causing tortious injury by committing all or part of the tortious acts or omissions described herein outside the State of Texas while regularly conducting or soliciting business or deriving revenue from goods used or consumed or services rendered within the State of Texas, including this District.

20.    This Court has personal jurisdiction over Lenovo in this action pursuant to due process and/or the Texas Long Arm Statute, by virtue of at least the substantial business Lenovo conducts in this forum, directly and/or through intermediaries, including but not limited to: (1) having committed acts within the Eastern District of Texas giving rise to this action and having established minimum contacts with this forum such that the exercise of jurisdiction over Defendant would not offend traditional notions of fair play and substantial justice; (2) having directed its activities to customers in the State of Texas and this District, solicited business in the State of Texas and this District, transacted business within the State of Texas and this District and attempted to derive financial benefit from residents of the State of Texas and this District, including benefits directly related to the instant patent infringement causes of action set forth herein; (3) having placed its products and services into the stream of commerce throughout the United States and having been actively engaged in transacting business in Texas and in this District; and (4) either individually, as members of a common business enterprise, and/or in conjunction with third parties, having committed acts of infringement within Texas and in this District.

21.    Courts in Texas have concluded that Lenovo is subject to personal jurisdiction in the State of Texas. *AX Wireless LLC v. Lenovo Grp. Ltd.*, No. 2:22-cv-00280-WS-RSP, Dkt. No. 110 (E.D. Tex. Sept. 6, 2023) ("exercising personal jurisdiction [over Lenovo Grp. Ltd.] would not

offend traditional notions of fair play and substantial justice."); *see also Universal Connectivity Tech. Inc. v. Lenovo Grp. Ltd.*, No. 2:23-cv-00449-JRG, Dkt. No. 47 (E.D. Tex. Oct. 17, 2024); *ACQIS LLC v. Lenovo Grp. Ltd.*, 572 F. Supp. 3d 291, 307 (W.D. Tex. 2021) ("this Court finds that the exercise of personal jurisdiction over [Lenovo Group Limited] is both reasonable and fair.").

22.     Alternatively, the Court has personal jurisdiction over Defendant Lenovo Group under Federal Rule of Civil Procedure 4(k)(2). This case arises under federal law, Defendant Lenovo Group is not subject to general jurisdiction of any one state, and the exercise of jurisdiction is consistent with the United States Constitution.

23.     Venue is proper in this District under 28 U.S.C. §§ 1391(c)(3). Lenovo is a foreign corporation organized under the laws of China and suits against foreign entities are proper in any judicial district. *See* 28 U.S.C. § 1391(c)(3); *In re HTC Corp.*, 889 F.3d 1349 (Fed. Cir. 2018).

## INTRODUCTION & BACKGROUND

24.     The technology at issue in this case relates to wireless communications, including, but not limited to 5G capable user devices.

25.     The 3rd Generation Partnership Project (3GPP) is a global telecommunications standards body which started in 1998 with participation from "major telecommunication companies including operators, vendors and service providers."[1] The 3GPP "unites seven telecommunications standard development organizations (ARIB, ATIS, CCSA, ETSI, TSDSI, TTA, TTC), known as 'Organizational Partners' providing their members with a stable environment to produce the

---

[1] https://www.3gpp.org/ftp/Information/presentations/Newcomers_quick-start/Newcomers_slides.pdf

Reports and Specifications that define 3GPP technologies."[2] Over 857 organizations worldwide have joined the 3GPP via one of its seven Organizational Partners.[3]

26.    Generally, the "3GPP specifications cover cellular telecommunication technologies."[4] The 3GPP technologies "are constantly evolving through Generations of commercial cellular / mobile systems."[5] With its work relating to LTE and 5G networks, "3GPP has become the focal point for the vast majority of mobile systems beyond 3G."[6]

27.    The 5G Standard is set forth in the 3GPP standards documents known as technical specifications ("TS") that cover various aspects of 5G.

28.    5G has clear advantages over previous 3GPP wireless technologies. For example, 5G delivers faster data speeds – up to 20x of the peak speed of 4G. 5G also offers ultra low-latency, enabling real-time applications and automation that were impractical, if not impossible, on prior networks. 5G also supports a higher spectral efficiency over 4G.

29.    Carriers and device makers have widely deployed 5G networks and 5G user equipment in the United States.

30.    The Asserted Patents cover fundamental wireless technologies used by devices that comply with the 5G Standard. These technologies are necessary for Lenovo's consumers to enjoy the benefits of 5G which provides low latency, robust service, improved system capacity, and beam level mobility in massive MIMO. The Asserted Patents disclose technologies that enable many benefits to consumers including better connectivity, higher data rates, and lower latency overall.

---

[2] https://www.3gpp.org/about-us/introducing-3gpp
[3] https://www.3gpp.org/ftp/Information/presentations/Newcomers_quick-start/Newcomers_slides.pdf
[4] https://www.3gpp.org/about-us/introducing-3gpp
[5] *Id.*
[6] *Id.*

31.     The Asserted Patents are part of Dido's portfolio that consists of ten patent families, each reading on portions of the 5G standards. Major technology companies and research institutes have recognized the value of the patents within Dido's 5G patent portfolio. For example, patents in Dido's portfolio, their applications, related applications, and foreign counterparts have been cited during prosecution by entities including Ericsson, Honor Device Co., Huawei, Samsung, Oppo, NEC, ZTE, Qualcomm, LG Electronics, Xiaomi, Quectel, Lenovo, the Chinese Academy of Sciences and Technology, the Shanghai Government Office, and the China Academy of Information and Communications Technology.

## NOTICE AND COMPLIANCE WITH FRAND OBLIGATIONS

32.     The Asserted Patents are essential to the 3GPP 5G Standard, as are numerous patents assigned to Dido.

33.     The applications to which each Asserted Patent claims priority, as well as applicated related to numerous other patents, have been declared essential to the 5G Standard by way of Intellectual Property Rights ("IPR") Declarations to one or more of 3GPP's organizational partners including, for example, the European Telecommunications Standards Institute ("ETSI").

34.     On information and belief, Lenovo is an active participant in 3GPP at least by participation of Lenovo Beijing, Lenovo Shanghai and related entities such as Lenovo Mobile Communication Technology Ltd., Motorola Mobility Germany GmbH, and Motorola Mobility UK Ltd. through 3GPP organizational partners such as the China Communications Standards Association ("CCSA") and ETSI.

35.     Through its participation in 3GPP, Defendant Lenovo has or should have knowledge of the Asserted Patents and the fact that the Asserted Patents have been declared essential to the 5G Standard.

9

36.     In conformance with ETSI's IPR Policy, Dido informed Lenovo that it is prepared to grant Lenovo an irrevocable license to Dido's standard essential patents, including the Asserted Patents, on FRAND terms. For example, on March 28, 2023, counsel for Dido sent Lenovo a letter providing notice of Dido's portfolio and specifically identifying Lenovo's products compliant with 5G, 3GPP Release 15 and later and noting that those products infringe at least three patents, including the '656 Patent and the '230 Patent. Likewise, on November 13, 2023, counsel for Dido sent Lenovo a second letter identifying additional Lenovo 3GPP Release 15 and later products and also identifying Lenovo's products compliant with 5G Release 16 and later and noting that those products infringe at least four additional patents, including the '108 Patent and the '564 Patent. On December 9, 2024, counsel for Dido also sent Lenovo a third letter identifying additional Lenovo 3GPP Release 15 and later and Release 16 and later products as well as identifying Lenovo's products compliant with 5G Release 17 and later and noting that those products infringe at least three additional patents.

37.     Through numerous meetings and correspondence, Dido presented, in good faith, technical details evidencing the essentiality of Dido's patents.

38.     Accordingly, Dido has complied with its FRAND obligations in accordance with ETSI's IPR Policy.

### COUNT I: INFRINGEMENT OF U.S. PATENT NO. 11,201,656

39.     Plaintiff hereby incorporates by reference and re-alleges the foregoing paragraphs as if fully set forth herein.

40.     On December 14, 2021, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '656 Patent, titled "Method and Device in UE and Base Station for

Multi-Antenna Transmission." Dido is the owner by assignment of the '656 Patent. A true and correct copy of the '656 Patent is attached as Exhibit 1.

41.    Pursuant to 35 U.S.C. § 282, the '656 Patent is presumed valid.

42.    The '656 Patent is generally directed toward an improvement in wireless communication technology.  Beam level mobility (due to massive MIMO)  is one of the most important technical features in 5G/NR.  The '656 Patent allows the UE to perform a quick beam adaptation between the recommended beam via PRACH and the beam indicated by the MAC CE. The '656 Patent can reduce the latency of beam level mobility from 20ms (MAC CE) to less than 2ms (PRACH).

43.    The '656 Patent is not directed to conventional or well-known wireless technology. Rather, the '656 Patent improves on existing wireless technology.  In this regard, the '656 Patent teaches:

> In one embodiment, the above method has a following benefit: a relationship is established between the third time interval and the first time interval, and the UE does not need to redetermine a receiving mode of the third radio signal through a confirmation of the base station, so that the receiving mode of the third radio signal is adjusted more quickly according to the monitoring or sensing of the UE and performances of transmission are improved.
> …
> In one embodiment, the above method has a following benefit: the base station configures a receiving mode of the third radio signal through the second information, so as to ensure that, when the base station configures the UE, the receiving by the UE is still performed based on the configuration of the base station. The above method ensures that the terminal still works based on the scheduling of the base station.
>
> In one embodiment, the above method has another following benefit: a relationship is established in time domain between the first time interval and the third time interval, the above beam information based on a judgment of the UE takes effect in the third time interval only, and a probability of risk caused by the UE selecting an error beam is reduced.
> …

11

> In one embodiment, compared with the prior art, the disclosure has the following technical advantages.
>
> The UE determines the first information, thereby determining beam information of the third radio signal, without waiting for a confirmation from the base station; the switching speed of beams is improved to adapt to a changed beam direction, and performances of reception are improved.
>
> A relationship is established in time domain between the first time interval and the third time interval, the above beam information based on a judgment of the UE takes effect in the third time interval only, and a probability of risk caused by the UE selecting an error beam is reduced.
>
> Through the design of the first time window and the second information, the base station still plays a decisive role in determining the beam information of the UE, so as to ensure that, when there is an indication from the base station, the UE still works based on the indication from the base station.

'656 Patent at 2:33-40, 51-64; 8:36–53.

44.     The claims of the '656 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

45.     The prosecution history of the '656 Patent further indicates that it differs from conventional wireless technology.  For example, the Applicant explained that its amended claims relate to "how 'the time-domain position of the second time interval' is used to select the beam by UE," noting that "whether the second time interval belongs to the first time window would impact UE's beam selection on reception" and that "UE can select a different beam for downlink reception based on its [own] reporting although it has already received an indication about beam selection from the base station, thereby adapting to change of beams more quickly, without waiting for a confirmation in the second information from the base station." January 6, 2021, Amendment at 12. The Examiner allowed the claims because "the prior art reference(s) taken individually or in combination fails to particularly disclose, fairly suggest[], or render obvious as argued by the

applicant which examiner considers persuasive as set forth above." August 18, 2021 Notice of Allowance at 3.

46. Plaintiff holds all rights, title, and interest in and to the '656 Patent, including the right to bring this suit and recover all past, present and future damages for infringement of the '656 Patent. Lenovo is not licensed to the '656 Patent, either expressly or implicitly, nor does it enjoy or benefit from any other rights in or to the '656 Patent whatsoever. As such, Lenovo's infringement described below has injured, and continues to injure, Plaintiff.

47. On information and belief, Lenovo has directly infringed and continues to directly infringe the '656 Patent by, for example, making, using, offering to sell, selling, and/or importing into the United States without authority, products, equipment, software, and/or services that practice one or more claims of the '656 Patent, including without limitation the Lenovo Accused Products, and other devices with 5G capabilities compliant with the 5G Standard.

48. The '656 Patent is essential to the 5G Standard.

49. On information and belief, Lenovo tests, or directs or controls others to test, the Lenovo Accused Products to ensure they include hardware and software compliant with the 5G Standard, and the Lenovo Accused Products do conform to and implement technical specifications of the 5G Standard, including the portions of the specifications referenced below.

50. Each of the Lenovo Accused Products include hardware and/or software components that implement and support the 5G Standard. For example, hardware and/or software components comprising the Lenovo Accused Products are publicly identified as supporting the 5G Standard. As such, Lenovo necessarily infringes the '656 Patent. As shown below, the Lenovo Accused Products infringe at least claims 1 and 9 of the '656 Patent by virtue of their compatibility with and practice of the 3GPP 5G Standard. As shown below, this functionality is described in

13

portions of the 3GPP 5G Standard implemented in the Lenovo Accused Products, including but not limited to 3GPP TS 38.213 version 15.5.0 "Physical layer procedures for control,"[7] 3GPP TS 38.214 version 15.5.0 "Physical layer procedures for data,"[8] and 3GPP TS 38.321 version 15.5.0 "Medium Access Control (MAC) protocol specification."[9]

51.    The Lenovo Accused Products include, for example, the Razr Fold, which has a Qualcomm Snapdragon 8 Gen 5 processor with a Release 17 5G modem backwards compatible to Release 15, the Motorola Edge 2025 with a MediaTek Dimensity 7400 Processor with a Release 16 5G modem backwards compatible to Release 15, and the Lenovo ThinkPad T16 Gen 4 with an optional Release 16 5G modem backwards compatible to Release 15:



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my

---

[7] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[8] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[9] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my



Source: https://www.qualcomm.com/modems/products/snapdragon-x80-5g-modem-rf-system



15

Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.mediatek.com/products/smartphones/mediatek-dimensity-7400

16



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs

52.    For example, the Lenovo Accused Products embody, practice and/or are capable of practicing claims 1 and 9 of the '656 Patent, which are directed to a method in a UE for multi-antenna transmission and a UE for multi-antenna transmission, respectively. The following paragraphs provide details regarding examples of Lenovo's infringement, and only as to two patent

17

claims. Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under any applicable scheduling order.

53.    Claim 1 of the '656 Patent states:

1. A method in a User Equipment (UE) for multi-antenna transmission, comprising:

transmitting a first radio signal in a first time interval, and receiving a second radio signal in a second time interval; and

monitoring a third radio signal in a third time interval;

wherein

the first radio signal comprises first information, and the second radio signal comprises second information;

target information is used for a multi-antenna related receiving in the third time interval;

a time-domain position of the second time interval is used for determining whether the target information is the first information or the second information; and

a time-domain position of the third time interval is associated to a time-domain position of the first time interval;

the multi-antenna related receiving refers to generation of a beamforming matrix for receiving; or the multi-antenna related receiving refers to a receiving corresponding to one multi-antenna transmission scheme in SFBC, STBC, Precoder Cycling or Transmit beamforming; or the multi-antenna related receiving refers to an antenna virtualization for receiving;

the target information is provided by the UE when the target information is the first information, the target information is provided by a base station when the target information is the second information;

the base station is a transmitter of the second radio signal;

18

the first time interval and the second time interval are before the third time interval respectively, a first time window is before the third time interval;

if the second time interval belongs to the first time window, the target information is the second information, an indication of base station in the second information has a higher priority than reporting in the first information by the UE, and the UE determines beam information of the third radio signal according to the indication from the base station;

if the second time interval does not belong to the first time window, the target information is the first information, the UE receives the third radio signal according to its own reporting in the first information, thereby adapting to changes of beams more quickly, without waiting for a confirmation in the second information from the base station.

'656 Patent at 21:56-22:33.

54.    The Lenovo Accused Products implement at least Claim 1 of the '656 Patent.

55.    As shown below, Lenovo, using the Lenovo Accused Products, performs a method in a User Equipment (UE) for multi-antenna transmission:

## 6    Transmitter characteristics

### 6.1 General

Unless otherwise stated, the transmitter characteristics are specified at the antenna connector of the UE with a single or multiple transmit antenna(s). For UE with integral antenna only, a reference antenna with a gain of 0 dBi is assumed.

## 7    Receiver characteristics

### 7.2 Diversity characteristics

The UE is required to be equipped with a minimum of two Rx antenna ports in all operating bands except for the bands n7, n38, n41, n77, n78, n79 where the UE is required to be equipped with a minimum of four Rx antenna ports. This requirement applies when the band is used as a standalone band or as part of a band combination.

**Source**: 138.101-1

3GPP TS 38.101-1 version 15.6.0 Release 15.[10]

### 5.2.2    Physical-layer processing for physical downlink shared channel

The downlink physical-layer processing of transport channels consists of the following steps:

...

- Modulation: QPSK, 16QAM, 64QAM and 256QAM;
- Layer mapping;
- Mapping to assigned resources and antenna ports.

### 5.3.2    Physical-layer processing for physical uplink shared channel

The uplink physical-layer processing of transport channels consists of the following steps:

...

- Modulation: $\pi/2$ BPSK (with transform precoding only), QPSK, 16QAM, 64QAM and 256QAM;
- Layer mapping, transform precoding (enabled/disabled by configuration), and pre-coding;
- Mapping to assigned resources and antenna ports.

**Source**: 138.300

3GPP TS 38.300 version 15.8.0 Release 15.[11]

56.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes transmitting a first radio signal in a first time interval and receiving a second radio signal in a second time interval:

### 6    Transmitter characteristics

#### 6.1 General

Unless otherwise stated, the transmitter characteristics are specified at the antenna connector of the UE with a single or multiple transmit antenna(s). For UE with integral antenna only, a reference antenna with a gain of 0 dBi is assumed.

### 7    Receiver characteristics

#### 7.2 Diversity characteristics

The UE is required to be equipped with a minimum of two Rx antenna ports in all operating bands except for the bands n7, n38, n41, n77, n78, n79 where the UE is required to be equipped with a minimum of four Rx antenna ports. This requirement applies when the band is used as a standalone band or as part of a band combination.

**Source**: 138.101-1

---

[10] Available at
https://www.etsi.org/deliver/etsi_ts/138100_138199/13810101/15.06.00_60/ts_13810101v150600p.pdf
[11] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf

3GPP TS 38.101-1 version 15.6.0 Release 15.[12]

## 6     Link recovery procedures

...

The UE may receive by *PRACH-ResourceDedicatedBFR*, a configuration for PRACH transmission as described in Subclause 8.1. For PRACH transmission in slot $n$ and according to antenna port quasi co-location parameters associated with periodic CSI-RS resource configuration or with SS/PBCH block associated with index $q_{new}$ provided by higher layers [11, TS 38.321], the UE monitors PDCCH in a search space set provided by *recoverySearchSpaceId* for detection of a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI starting from slot $n+4$ within a window configured by *BeamFailureRecoveryConfig*. For PDCCH monitoring in a search space set provided by *recoverySearchSpaceId* and for corresponding PDSCH reception, the UE assumes the same antenna port quasi-

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[13]

### 5.1.2.1     Resource allocation in time domain

...

When the UE is scheduled to receive PDSCH by a DCI, the *Time domain resource assignment* field value $m$ of the DCI provides a row index $m+1$ to an allocation table. The determination of the used resource allocation table is defined in sub-clause 5.1.2.1.1. The indexed row defines the slot offset $K_0$, the start and length indicator *SLIV*, or directly the start symbol $S$ and the allocation length $L$, and the PDSCH mapping type to be assumed in the PDSCH reception.

Given the parameter values of the indexed row:

- The slot allocated for the PDSCH is $\left\lfloor n \cdot \dfrac{2^{\mu_{PDSCH}}}{2^{\mu_{PDCCH}}} \right\rfloor + K_0$, where $n$ is the slot with the scheduling DCI, and $K_0$ is based on the numerology of PDSCH, and $\mu_{PDSCH}$ and $\mu_{PDCCH}$ are the subcarrier spacing configurations for PDSCH and PDCCH, respectively, and

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[14]

57.     As shown below, the method performed by Lenovo using the Lenovo Accused Products includes monitoring a third radio signal in a third time interval:

---

[12] Available at https://www.etsi.org/deliver/etsi_ts/138100_138199/13810101/15.06.00_60/ts_13810101v150600p.pdf

[13] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

[14] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/

## 6      Transmitter characteristics

### 6.1 General

Unless otherwise stated, the transmitter characteristics are specified at the antenna connector of the UE with a single or multiple transmit antenna(s). For UE with integral antenna only, a reference antenna with a gain of 0 dBi is assumed.

## 7      Receiver characteristics

### 7.2 Diversity characteristics

The UE is required to be equipped with a minimum of two Rx antenna ports in all operating bands except for the bands n7, n38, n41, n77, n78, n79 where the UE is required to be equipped with a minimum of four Rx antenna ports. This requirement applies when the band is used as a standalone band or as part of a band combination.

**Source**: 138.101-1

3GPP TS 38.101-1 version 15.6.0 Release 15.[15]

## 6      Link recovery procedures

...

After 28 symbols from a last symbol of a first PDCCH reception in a search space set provided by *recoverySearchSpaceId* where a UE detects a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI, the UE assumes same antenna port quasi-collocation parameters as the ones associated with index $q_{new}$ for PDCCH monitoring in a CORESET with index 0.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[16]

58.     As shown below, the first radio signal comprises first information, and the second radio signal comprises second information:

---

[15] Available at https://www.etsi.org/deliver/etsi_ts/138100_138199/13810101/15.06.00_60/ts_13810101v150600p.pdf
[16] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

6        Link recovery procedures

...

The UE may receive by *PRACH-ResourceDedicatedBFR*, a configuration for PRACH transmission as described in Subclause 8.1. For PRACH transmission in slot $n$ and according to antenna port quasi co-location parameters associated with periodic CSI-RS resource configuration or with SS/PBCH block associated with index $q_{new}$ provided by higher layers [11, TS 38.321], the UE monitors PDCCH in a search space set provided by *recoverySearchSpaceId*

10.1   UE procedure for determining physical downlink control
          channel assignment

...

-    if the UE receives a MAC CE activation command for one of the TCI states, the UE applies the activation command 3 msec after a slot where the UE transmits HARQ-ACK information for the PDSCH providing the activation command. The active BWP is defined as the active BWP in the slot when the activation command is applied.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[17]

59.      As shown below, target information is used for a multi-antenna related receiving in the third time interval:

10.1   **UE procedure for determining physical downlink control channel assignment**

...

For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with

-    the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or

-    a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[18]

60.      As shown below, a time-domain position of the second time interval is used for determining whether the target information is the first information or the second information:

---

[17] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[18] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

23

### 10.1 UE procedure for determining physical downlink control channel assignment

...

For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with

- the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or

- a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[19]

61.    As shown below, a time-domain position of the third time interval is associated to a time-domain position of the first time interval:

### 6    Link recovery procedures

...

After 28 symbols from a last symbol of a first PDCCH reception in a search space set provided by *recoverySearchSpaceId* where a UE detects a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI, the UE assumes same antenna port quasi-collocation parameters as the ones associated with index $q_{new}$ for PDCCH monitoring in a CORESET with index 0.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[20]

62.    As shown below, the multi-antenna related receiving refers to generation of a beamforming matrix for receiving; or the multi-antenna related receiving refers to a receiving corresponding to one multi-antenna transmission scheme in SFBC, STBC, Precoder Cycling or Transmit beamforming; or the multi-antenna related receiving refers to an antenna virtualization for receiving:

---

[19] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[20] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

24

4.4.1   Antenna ports
...

Two antenna ports are said to be quasi co-located if the large-scale properties of the channel over which a symbol on one antenna port is conveyed can be inferred from the channel over which a symbol on the other antenna port is conveyed. The large-scale properties include one or more of delay spread, Doppler spread, Doppler shift, average gain, average delay, and spatial Rx parameters.

**Source**: 38.211

3GPP TS 38.211 version 15.8.0.[21]

5.1.5   Antenna ports quasi co-location

corresponding to each DL RS are given by the higher layer parameter *qcl-Type* in *QCL-Info* and may take one of the following values:

- 'QCL-TypeA': {Doppler shift, Doppler spread, average delay, delay spread}
- 'QCL-TypeB': {Doppler shift, Doppler spread}
- 'QCL-TypeC': {Doppler shift, average delay}
- 'QCL-TypeD': {Spatial Rx parameter}

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[22]

**Advanced Antenna Systems for 5G Network Deployments**
*Bridging the Gap Between Theory and Practice*
Book • 2020

Typically, time-domain beamforming is used in FR2, at millimeter-wave frequencies. In 3GPP it was then decided that such new functionality is handled under the QCL framework by the introduction of a new large-scale parameter referred to as "*spatial RX*." Hence, a QCL relation with respect to "spatial RX" can in NR be defined between two antenna ports.
The QCL parameter of "spatial RX" is used to configure or indicate the network's intent to the UE of a transmit beam that will be used for PDSCH (or PDCCH) transmissions. This is further elaborated in detail in Section 9.3.6.2 on beam management procedures but here follows a brief example of how this can be used:



Advanced Antenna Systems for 5G Network Deployments: Bridging the Gap Between Theory and Practice, 9.3.1.6 "The QCL framework in NR."[23]

63.     As shown below, the target information is provided by the UE when the target information is the first information, the target information is provided by a base station when the target information is the second information:

---

[21] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/
[22] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[23] Available at https://www.sciencedirect.com/topics/engineering/antenna-port

25

### 10.1  UE procedure for determining physical downlink control channel assignment

...

For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with

- the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or

- a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[24]

### 5.18.4    Activation/Deactivation of UE-specific PDSCH TCI state

The network may activate and deactivate the configured TCI states for PDSCH of a Serving Cell by sending the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE described in subclause 6.1.3.14. The configured TCI states for PDSCH are initially deactivated upon configuration and after a handover.

The MAC entity shall:

1> if the MAC entity receives an TCI States Activation/Deactivation for UE-specific PDSCH MAC CE on a Serving Cell:

2> indicate to lower layers the information regarding the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE.

**Source**: 38.321

3GPP TS 38.321 version 15.5.0.[25]

64.    As shown below, the base station is a transmitter of the second radio signal:

### 5.18.4    Activation/Deactivation of UE-specific PDSCH TCI state

The network may activate and deactivate the configured TCI states for PDSCH of a Serving Cell by sending the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE described in subclause 6.1.3.14. The configured TCI states for PDSCH are initially deactivated upon configuration and after a handover.

The MAC entity shall:

1> if the MAC entity receives an TCI States Activation/Deactivation for UE-specific PDSCH MAC CE on a Serving Cell:

2> indicate to lower layers the information regarding the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE.

**Source**: 38.321

---

[24] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[25] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/

3GPP TS 38.321 version 15.5.0.[26]

65.     As shown below, the first time interval and the second time interval are before the third time interval respectively, a first time window is before the third time interval:

10.1  UE procedure for determining physical downlink control channel assignment

...

If a UE is provided a zero value for *searchSpaceID* in *PDCCH-ConfigCommon* for a Type0/0A/2-PDCCH CSS set, the UE determines monitoring occasions for PDCCH candidates of the Type0/0A/2-PDCCH CSS set as described in Subclause 13. For DCI formats with CRC scrambled by a C-RNTI, the UE monitors corresponding PDCCH candidates only at monitoring occasions associated with a SS/PBCH block, where the SS/PBCH block is determined by the most recent of

- a MAC CE activation command indicating a TCI state of the active BWP that includes a CORESET with index 0, as described in [6, TS 38.214], where the TCI-state includes a CSI-RS which is quasi-co-located with the SS/PBCH block, or

- a random access procedure that is not initiated by a PDCCH order that triggers a non-contention based random access procedure

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[27]

## 6      Link recovery procedures

...

The UE may receive by *PRACH-ResourceDedicatedBFR*, a configuration for PRACH transmission as described in Subclause 8.1. For PRACH transmission in slot $n$ and according to antenna port quasi co-location parameters associated with periodic CSI-RS resource configuration or with SS/PBCH block associated with index $q_{new}$ provided by higher layers [11, TS 38.321], the UE monitors PDCCH in a search space set provided by *recoverySearchSpaceId* for detection of a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI starting from slot $n+4$ within a window configured by *BeamFailureRecoveryConfig*. For PDCCH monitoring in a search space set provided by *recoverySearchSpaceId* and for corresponding PDSCH reception, the UE assumes the same antenna port quasi-

...

After 28 symbols from a last symbol of a first PDCCH reception in a search space set provided by *recoverySearchSpaceId* where a UE detects a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI, the UE assumes same antenna port quasi-collocation parameters as the ones associated with index $q_{new}$ for PDCCH monitoring in a CORESET with index 0.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[28]

66.     As shown below, if the second time interval belongs to a first time window, the target information is the second information, an indication of base station in the second information

---

[26] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/
[27] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[28] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

has a higher priority than reporting in the first information by the UE, and the UE determines beam

information of the third radio signal according to the indication from the base station:

> **10.1  UE procedure for determining physical downlink control channel assignment**
>
> ...
>
> For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with
>
> - the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or
> - a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.
>
> **Source**: 38.213

3GPP TS 38.213 version 15.5.0.[29]

67.    As shown below, if the second time interval does not belong to a first time window, the target information is the first information, the UE receives the third radio signal according to its own reporting in the first information, thereby adapting to changes of beams more quickly, without waiting for a confirmation in the second information from the base station:

> **10.1  UE procedure for determining physical downlink control channel assignment**
>
> ...
>
> For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with
>
> - the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or
> - a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.
>
> **Source**: 38.213

3GPP TS 38.213 version 15.5.0.[30]

68.    Based on the above Lenovo directly infringes at least claim 1 of the '656 Patent.

69.    Claim 9 of the '656 Patent states:

---

[29] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[30] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

9. A UE for multi-antenna transmission, comprising:

a first transceiver, to transmit a first radio signal in a first time interval, and to receive a second radio signal in a second time interval; and

a first receiver, to monitor a third radio signal in a third time interval;

wherein

the first radio signal comprises first information, and the second radio signal comprises second information;

target information is used for a multi-antenna related receiving in the third time interval;

a time-domain position of the second time interval is used for determining whether the target information is the first information or the second information; and

a time-domain position of the third time interval is associated to a time-domain position of the first time interval;

the multi-antenna related receiving refers to generation of a beamforming matrix for receiving; or the multi-antenna related receiving refers to a receiving corresponding to one multi-antenna transmission scheme in SFBC, STBC, Precoder Cycling or Transmit beamforming; or the multi-antenna related receiving refers to an antenna virtualization for receiving;

the target information is provided by the UE when the target information is the first information, the target information is provided by a base station when the target information is the second information;

the base station is a transmitter of the second radio signal;

the first time interval and the second time interval are before the third time interval respectively, a first time window is before the third time interval;

if the second time interval belongs to a first time window, the target information is the second information, an indication of base station in the second information has a higher priority than reporting in the first information by the UE, and the UE determines beam information of the third radio signal according to the indication from the base station;

29

if the second time interval does not belong to a first time window, the target information is the first information, the UE receives the third radio signal according to its own reporting in the first information, thereby adapting to changes of beams more quickly, without waiting for a confirmation in the second information from the base station.

'656 Patent at 24:9-51.

70. The Lenovo Accused Products implement at least Claim 9 of the '656 Patent.

71. As shown below, the Lenovo Accused Products comprise a UE for multi-antenna transmission:

## 6    Transmitter characteristics

### 6.1 General

Unless otherwise stated, the transmitter characteristics are specified at the antenna connector of the UE with a single or multiple transmit antenna(s). For UE with integral antenna only, a reference antenna with a gain of 0 dBi is assumed.

## 7    Receiver characteristics

### 7.2 Diversity characteristics

The UE is required to be equipped with a minimum of two Rx antenna ports in all operating bands except for the bands n7, n38, n41, n77, n78, n79 where the UE is required to be equipped with a minimum of four Rx antenna ports. This requirement applies when the band is used as a standalone band or as part of a band combination.

**Source**: 138.101-1

3GPP TS 38.101-1 version 15.6.0 Release 15.[31]

---

[31] Available at
https://www.etsi.org/deliver/etsi_ts/138100_138199/13810101/15.06.00_60/ts_13810101v150600p.pdf

### 5.2.2    Physical-layer processing for physical downlink shared channel

The downlink physical-layer processing of transport channels consists of the following steps:

...

- Modulation: QPSK, 16QAM, 64QAM and 256QAM;
- Layer mapping;
- Mapping to assigned resources and antenna ports.

### 5.3.2    Physical-layer processing for physical uplink shared channel

The uplink physical-layer processing of transport channels consists of the following steps:

...

- Modulation: π/2 BPSK (with transform precoding only), QPSK, 16QAM, 64QAM and 256QAM;
- Layer mapping, transform precoding (enabled/disabled by configuration), and pre-coding;
- Mapping to assigned resources and antenna ports.

**Source**: 138.300

3GPP TS 38.300 version 15.8.0 Release 15.[32]

72.    As shown below, the UE comprises a first transceiver, to transmit a first radio signal in a first time interval and to receive a second radio signal in a second time interval:

### 6    Transmitter characteristics

#### 6.1 General

Unless otherwise stated, the transmitter characteristics are specified at the antenna connector of the UE with a single or multiple transmit antenna(s). For UE with integral antenna only, a reference antenna with a gain of 0 dBi is assumed.

### 7    Receiver characteristics

#### 7.2 Diversity characteristics

The UE is required to be equipped with a minimum of two Rx antenna ports in all operating bands except for the bands n7, n38, n41, n77, n78, n79 where the UE is required to be equipped with a minimum of four Rx antenna ports. This requirement applies when the band is used as a standalone band or as part of a band combination.

**Source**: 138.101-1

3GPP TS 38.101-1 version 15.6.0 Release 15.[33]

---

[32] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[33] Available at https://www.etsi.org/deliver/etsi_ts/138100_138199/13810101/15.06.00_60/ts_13810101v150600p.pdf

## 6        Link recovery procedures

...

The UE may receive by *PRACH-ResourceDedicatedBFR*, a configuration for PRACH transmission as described in Subclause 8.1. For PRACH transmission in slot $n$ and according to antenna port quasi co-location parameters associated with periodic CSI-RS resource configuration or with SS/PBCH block associated with index $q_{new}$ provided by higher layers [11, TS 38.321], the UE monitors PDCCH in a search space set provided by *recoverySearchSpaceId* for detection of a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI starting from slot $n+4$ within a window configured by *BeamFailureRecoveryConfig*. For PDCCH monitoring in a search space set provided by *recoverySearchSpaceId* and for corresponding PDSCH reception, the UE assumes the same antenna port quasi-

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[34]

### 5.1.2.1        Resource allocation in time domain

...

When the UE is scheduled to receive PDSCH by a DCI, the *Time domain resource assignment* field value $m$ of the DCI provides a row index $m+1$ to an allocation table. The determination of the used resource allocation table is defined in sub-clause 5.1.2.1.1. The indexed row defines the slot offset $K_0$, the start and length indicator *SLIV*, or directly the start symbol $S$ and the allocation length $L$, and the PDSCH mapping type to be assumed in the PDSCH reception.

Given the parameter values of the indexed row:

- The slot allocated for the PDSCH is $\left\lfloor n \cdot \dfrac{2^{\mu_{PDSCH}}}{2^{\mu_{PDCCH}}} \right\rfloor + K_0$ , where $n$ is the slot with the scheduling DCI, and $K_0$ is based on the numerology of PDSCH, and $\mu_{PDSCH}$ and $\mu_{PDCCH}$ are the subcarrier spacing configurations for PDSCH and PDCCH, respectively, and

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[35]

73.    As shown below, the UE comprises a first receiver, to monitor a third radio signal in a third time interval:

---

[34] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[35] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/

## 6    Transmitter characteristics

### 6.1 General

Unless otherwise stated, the transmitter characteristics are specified at the antenna connector of the UE with a single or multiple transmit antenna(s). For UE with integral antenna only, a reference antenna with a gain of 0 dBi is assumed.

## 7    Receiver characteristics

### 7.2 Diversity characteristics

The UE is required to be equipped with a minimum of two Rx antenna ports in all operating bands except for the bands n7, n38, n41, n77, n78, n79 where the UE is required to be equipped with a minimum of four Rx antenna ports. This requirement applies when the band is used as a standalone band or as part of a band combination.

**Source**: 138.101-1

3GPP TS 38.101-1 version 15.6.0 Release 15.[36]

## 6    Link recovery procedures

...

After 28 symbols from a last symbol of a first PDCCH reception in a search space set provided by *recoverySearchSpaceId* where a UE detects a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI, the UE assumes same antenna port quasi-collocation parameters as the ones associated with index $q_{new}$ for PDCCH monitoring in a CORESET with index 0.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[37]

74.    As shown below, the first radio signal comprises first information, and the second radio signal comprises second information:

---

[36] Available at https://www.etsi.org/deliver/etsi_ts/138100_138199/13810101/15.06.00_60/ts_13810101v150600p.pdf

[37] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

> 6        Link recovery procedures
>
> …
>
> The UE may receive by *PRACH-ResourceDedicatedBFR*, a configuration for PRACH transmission as described in Subclause 8.1. For PRACH transmission in slot $n$ and according to antenna port quasi co-location parameters associated with periodic CSI-RS resource configuration or with SS/PBCH block associated with index $q_{new}$ provided by higher layers [11, TS 38.321], the UE monitors PDCCH in a search space set provided by *recoverySearchSpaceId*
>
> 10.1   UE procedure for determining physical downlink control channel assignment
>
> …
>
> -   if the UE receives a MAC CE activation command for one of the TCI states, the UE applies the activation command 3 msec after a slot where the UE transmits HARQ-ACK information for the PDSCH providing the activation command. The active BWP is defined as the active BWP in the slot when the activation command is applied.
>
> **Source**: 38.213

3GPP TS 38.213 version 15.5.0.[38]

75.      As shown below, target information is used for a multi-antenna related receiving in the third time interval:

> ## 10.1   UE procedure for determining physical downlink control channel assignment
>
> …
>
> For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with
>
> -   the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or
>
> -   a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.
>
> **Source**: 38.213

3GPP TS 38.213 version 15.5.0.[39]

76.      As shown below, a time-domain position of the second time interval is used for determining whether the target information is the first information or the second information:

---

[38] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[39] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

**10.1  UE procedure for determining physical downlink control channel assignment**

...

For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with

- the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or

- a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[40]

77.    As shown below, a time-domain position of the third time interval is associated to a time-domain position of the first time interval:

**6        Link recovery procedures**

...

After 28 symbols from a last symbol of a first PDCCH reception in a search space set provided by *recoverySearchSpaceId* where a UE detects a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI, the UE assumes same antenna port quasi-collocation parameters as the ones associated with index $q_{new}$ for PDCCH monitoring in a CORESET with index 0.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[41]

78.    As shown below, the multi-antenna related receiving refers to generation of a beamforming matrix for receiving; or the multi-antenna related receiving refers to a receiving corresponding to one multi-antenna transmission scheme in SFBC, STBC, Precoder Cycling or Transmit beamforming; or the multi-antenna related receiving refers to an antenna virtualization for receiving:

---

[40] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[41] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

35

4.4.1    Antenna ports

...

Two antenna ports are said to be quasi co-located if the large-scale properties of the channel over which a symbol on one antenna port is conveyed can be inferred from the channel over which a symbol on the other antenna port is conveyed. The large-scale properties include one or more of delay spread, Doppler spread, Doppler shift, average gain, average delay, and spatial Rx parameters.

**Source**: 38.211

# 3GPP TS 38.211 version 15.8.0.[42]

5.1.5    Antenna ports quasi co-location

corresponding to each DL RS are given by the higher layer parameter *qcl-Type* in *QCL-Info* and may take one of the following values:

-    'QCL-TypeA': {Doppler shift, Doppler spread, average delay, delay spread}

-    'QCL-TypeB': {Doppler shift, Doppler spread}

-    'QCL-TypeC': {Doppler shift, average delay}

-    'QCL-TypeD': {Spatial Rx parameter}

**Source**: 38.214

# 3GPP TS 38.214 version 15.5.0.[43]



**Advanced Antenna Systems for 5G Network Deployments**
*Bridging the Gap Between Theory and Practice*
Book • 2020

Typically, time-domain beamforming is used in FR2, at millimeter-wave frequencies. In 3GPP it was then decided that such new functionality is handled under the QCL framework by the introduction of a new large-scale parameter referred to as "*spatial RX*." Hence, a QCL relation with respect to "spatial RX" can in NR be defined between two antenna ports.
The QCL parameter of "spatial RX" is used to configure or indicate the network's intent to the UE of a transmit beam that will be used for PDSCH (or PDCCH) transmissions. This is further elaborated in detail in Section 9.3.6.2 on beam management procedures but here follows a brief example of how this can be used:

Advanced Antenna Systems for 5G Network Deployments: Bridging the Gap Between Theory and Practice, 9.3.1.6 "The QCL framework in NR."[44]

79.    As shown below, the target information is provided by the UE when the target information is the first information, the target information is provided by a base station when the target information is the second information:

---

[42] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/
[43] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[44] Available at https://www.sciencedirect.com/topics/engineering/antenna-port

### 10.1 UE procedure for determining physical downlink control channel assignment

...

For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with

- the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or

- a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[45]

### 5.18.4 Activation/Deactivation of UE-specific PDSCH TCI state

The network may activate and deactivate the configured TCI states for PDSCH of a Serving Cell by sending the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE described in subclause 6.1.3.14. The configured TCI states for PDSCH are initially deactivated upon configuration and after a handover.

The MAC entity shall:

1> if the MAC entity receives an TCI States Activation/Deactivation for UE-specific PDSCH MAC CE on a Serving Cell:

2> indicate to lower layers the information regarding the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE.

**Source**: 38.321

3GPP TS 38.321 version 15.5.0.[46]

80.    As shown below, the base station is a transmitter of the second radio signal:

### 5.18.4 Activation/Deactivation of UE-specific PDSCH TCI state

The network may activate and deactivate the configured TCI states for PDSCH of a Serving Cell by sending the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE described in subclause 6.1.3.14. The configured TCI states for PDSCH are initially deactivated upon configuration and after a handover.

The MAC entity shall:

1> if the MAC entity receives an TCI States Activation/Deactivation for UE-specific PDSCH MAC CE on a Serving Cell:

2> indicate to lower layers the information regarding the TCI States Activation/Deactivation for UE-specific PDSCH MAC CE.

**Source**: 38.321

---

[45] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[46] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/

37

3GPP TS 38.321 version 15.5.0.[47]

81.    As shown below, the first time interval and the second time interval are before the

third time interval respectively, a first time window is before the third time interval:

10.1  UE procedure for determining physical downlink control
       channel assignment

...

If a UE is provided a zero value for *searchSpaceID* in *PDCCH-ConfigCommon* for a Type0/0A/2-PDCCH CSS set, the UE determines monitoring occasions for PDCCH candidates of the Type0/0A/2-PDCCH CSS set as described in Subclause 13. For DCI formats with CRC scrambled by a C-RNTI, the UE monitors corresponding PDCCH candidates only at monitoring occasions associated with a SS/PBCH block, where the SS/PBCH block is determined by the most recent of

-    a MAC CE activation command indicating a TCI state of the active BWP that includes a CORESET with index 0, as described in [6, TS 38.214], where the TCI-state includes a CSI-RS which is quasi-co-located with the SS/PBCH block, or

-    a random access procedure that is not initiated by a PDCCH order that triggers a non-contention based random access procedure

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[48]

6        Link recovery procedures

...

The UE may receive by *PRACH-ResourceDedicatedBFR*, a configuration for PRACH transmission as described in Subclause 8.1. For PRACH transmission in slot $n$ and according to antenna port quasi co-location parameters associated with periodic CSI-RS resource configuration or with SS/PBCH block associated with index $q_{new}$ provided by higher layers [11, TS 38.321], the UE monitors PDCCH in a search space set provided by *recoverySearchSpaceId* for detection of a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI starting from slot $n+4$ within a window configured by *BeamFailureRecoveryConfig*. For PDCCH monitoring in a search space set provided by *recoverySearchSpaceId* and for corresponding PDSCH reception, the UE assumes the same antenna port quasi-

...

After 28 symbols from a last symbol of a first PDCCH reception in a search space set provided by *recoverySearchSpaceId* where a UE detects a DCI format with CRC scrambled by C-RNTI or MCS-C-RNTI, the UE assumes same antenna port quasi-collocation parameters as the ones associated with index $q_{new}$ for PDCCH monitoring in a CORESET with index 0.

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[49]

82.    As shown below, if the second time interval belongs to a first time window, the

target information is the second information, an indication of base station in the second information

---

[47] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/
[48] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[49] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

has a higher priority than reporting in the first information by the UE, and the UE determines beam information of the third radio signal according to the indication from the base station:

> **10.1 UE procedure for determining physical downlink control channel assignment**
>
> ...
>
> For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with
>
> - the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or
> - a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.
>
> **Source**: 38.213

3GPP TS 38.213 version 15.5.0.[50]

83.    As shown below, if the second time interval does not belong to a first time window, the target information is the first information, the UE receives the third radio signal according to its own reporting in the first information, thereby adapting to changes of beams more quickly, without waiting for a confirmation in the second information from the base station:

> **10.1 UE procedure for determining physical downlink control channel assignment**
>
> ...
>
> For a CORESET with index 0, the UE assumes that a DM-RS antenna port for PDCCH receptions in the CORESET is quasi co-located with
>
> - the one or more DL RS configured by a TCI state, where the TCI state is indicated by a MAC CE activation command for the CORESET, if any, or
> - a SS/PBCH block the UE identified during a most recent random access procedure not initiated by a PDCCH order that triggers a non-contention based random access procedure, if no MAC CE activation command indicating a TCI state for the CORESET is received after the most recent random access procedure.
>
> **Source**: 38.213

3GPP TS 38.213 version 15.5.0.[51]

84.    Based on the above Lenovo directly infringes at least claims 1 and 9 of the '656 Patent.

---

[50] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[51] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

85.     In addition to direct infringement by making, using, offering to sell, selling, and/or importing the Lenovo Accused Products, Lenovo indirectly infringes the '656 Patent claims.

86.     Lenovo has indirectly infringed and continues to indirectly infringe the '656 Patent by inducing third parties to directly infringe that patent.

87.     Lenovo had actual knowledge of the '656 Patent at least as of its receipt of Plaintiff's letter on March 28, 2023, and continues to import, make, use, sell, and/or offer for sale the Lenovo Accused Products. At the very latest, Lenovo had actual knowledge of the '656 Patent and of its infringement of that patent as of the date of this Complaint.  Where acts constituting direct infringement of the '656 Patent are not performed by Lenovo, such acts constituting direct infringement of the '656 Patent are performed by Lenovo's customers or end-users who act at the direction and/or control of Lenovo, with Lenovo's knowledge.

88.     Lenovo knows that the use of the Lenovo Accused Products on a 5G network constitutes infringement of the '656 Patent.

89.     Lenovo advertises the infringing products and services, publishes specifications and promotional literature encouraging customers to operate the accused products and services, creates and/or distributes user manuals for the accused products and services that provide instruction and/or encourage infringing use, and offers support and/or technical assistance to its customers that provide instructions on and/or encourage infringing use.

90.     Lenovo encourages and facilitates its customers to infringe the '656 Patent by instructing customers that purchase the Lenovo Accused Products that such devices have voice calling capability and internet connection capability using 5G cellular networks, and providing various indicators within those devices of the same.

91.    For instance, Lenovo provides its customers with a user guide for each of the Lenovo Accused Products. The user guide includes instructions on how to make a phone call as shown in the example below:

**NETWORK**

 Connected to cellular/mobile network (full signal). Speed of your network connection is also shown. Possible speeds, from slowest to fastest, are 3G, H, H+, 4G, 5G. Available speeds depend on your carrier and your location.

[52]

## Make calls

### Make a call

1.  Open the Phone app.
2.  Tap  and enter a number.
3.  If you enter a wrong number, tap.
4.  Tap  to call the number.
5.  To hang up, tap.

### Other ways to make calls

You can place calls from:

*   The Phone app
*   The Contacts app
*   The Gemini app
*   Other apps that show contact information. Wherever you see a phone number, you can usually touch it to dial.

### Return a recent call

In the Phone app, tap  > **All**, then tap  next to the number.

[53]

**Chapter 2. Get started with your computer. . . . . . . . . . . . . . . . 11**
Get started with your desktop . . . . . . . . . 11
    Launch an app . . . . . . . . . . . . . 11
    Launch settings . . . . . . . . . . . . . 11
    Get support . . . . . . . . . . . . . 11
Manage networks . . . . . . . . . . . . . 11
    Connect to Wi-Fi networks. . . . . . . . . 12
    Connect to a cellular network (for selected models of ThinkPad P16s Gen 4) . . . . . . 12 [54]

[52] https://help.motorola.com/hc/7166/16/pdf/help-motorola-edge-2025-16-na-en-us.pdf
[53] *Id.*
[54] https://download.lenovo.com/pccbbs/mobiles_pdf/p14s_g6_p16s_g4_linux_ug.pdf



**Connect to a cellular network (for selected models of ThinkPad P16s Gen 4)**

To connect a 4G or 5G cellular data network, you must have a wireless wide area network (WWAN) card and a nano-SIM card installed. The nano-SIM card might come with your computer by countries or regions. If no nano-SIM card is shipped, you need to purchase one from authorized service carriers. [55]

92.     Using a Lenovo Accused Product to make a phone call or connect to the Internet on a 5G-supported wireless carrier network results in infringement of the '656 Patent.

93.     Plaintiff is informed and believes, and on that basis alleges, that Lenovo indirectly infringes at least claims 1 and 9 of the '656 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, importing, supplying, distributing, selling, and/or offering for sale the Lenovo Accused Products to its customers with the knowledge and intent that use of those products would constitute direct infringement of the '656 Patent.  Lenovo has induced, and

---

[55] *Id.*
[56] https://en-us.support.motorola.com/app/answers/detail/a_id/192189/~/user-guide-%28html%29-%7C-motorola-razr-fold---2026

continues to induce, direct infringement of the '656 Patent by customers, importers, sellers, resellers, and/or end users of the Lenovo Accused Products.

94.    End users of the Lenovo Accused Products, pursuant to Lenovo's instructions, indicators, and advertisements, thus each directly infringe the '656 Patent.

95.    Lenovo also indirectly infringes by contributing to the infringement of, and continuing to contribute to the infringement of, one or more claims of the '656 Patent under 35 U.S.C. § 271(c) and/or 271(f) by selling, offering for sale, and/or importing into the United States, the Lenovo Accused Products. Lenovo knew at least as of its receipt of Plaintiff's letter on March 28, 2023, that the accused products and/or services include hardware components and software instructions that work in concert to perform specific, intended functions. Such specific, intended functions, carried out by these hardware and software combinations, are a material part of the inventions of the '656 Patent and are not staple articles of commerce suitable for substantial non-infringing use.

96.    The acts of infringement by Lenovo have caused damage to Plaintiff, and Plaintiff is entitled to recover from Lenovo damages sustained by Plaintiff as a result of Lenovo's wrongful acts in an amount subject to proof at trial. The infringement of the '656 Patent by Lenovo has damaged and will continue to damage Plaintiff.

97.    Lenovo had actual knowledge of, or was willfully blind to, the existence of the '656 Patent and Lenovo's infringement of the '656 Patent before the filing of this Complaint and at least as early as March 28, 2023, when it received Plaintiff's letter.

98.    Despite this knowledge, Lenovo continued its infringing activities despite an objectively high likelihood that its activities constituted infringement of a valid patent, and this risk

43

was either known or obvious that it should have been known to Lenovo. Thus, Lenovo's infringement has been, and continues to be, willful and deliberate.

**COUNT II: INFRINGEMENT OF U.S. PATENT NO. 11,330,564**

99.     Plaintiff hereby incorporates by reference and re-alleges the foregoing paragraphs as if fully set forth herein.

100.    On May 10, 2022, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '564 Patent, titled "Method and Device in UE and Base Station Used for Wireless Communication." Dido is the owner by assignment of the '564 Patent. A true and correct copy of the '564 Patent is attached as Exhibit 2.

101.    Pursuant to 35 U.S.C. § 282, the '564 Patent is presumed valid.

102.    The '564 Patent is generally directed toward an improvement in wireless communication technology.  Low-latency and high-robustness service is one of the benefits provided by 5G/NR (compared to 4G).  For HARQ-ACK codebook transmission, both latency and robustness are required for low latency service.  The '564 Patent discloses a HARQ-ACK multiplexing mechanism, which can ensure the low latency of HARQ-ACK feedback without losing robustness.

103.    The '564 Patent is not directed to conventional or well-known wireless communication technology.  Rather, the '564 Patent improves on existing wireless communication technology.  In this regard, the '564 Patent teaches:

> …An advantage of using the above method is that whether UCI is transmitted on a PUCCH or a PUSCH can be determined based on an RNTI for scrambling the CRC of the DCI.
> …
> …An advantage of the above method is that if each bit in eMBB UCI or less demanding URLLC UCI is transmitted in each time-frequency resource of K time-frequency resources, then eMBB UCI or less demanding URLLC UCI will be repeatedly transmitted so as to enhance transmission reliability; if each bit in eMBB

UCI or less demanding URLLC UCI is only transmitted in one or multiple time-frequency resources of the K time-frequency resources, a smaller PUCCH resource can be chosen to transmit UCI, thereby improving resource utilization, and increasing the system transmission capacity.

…

In one embodiment, the present disclosure has the following advantages compared with conventional schemes:

In existing standards, when a PUCCH reserved for transmitting UCI is not orthogonal with a PUSCH in time domain, the UCI is shifted to be transmitted on the PUSCH. In NR Release 16, a PUCCH reserved for transmitting UCI in URLLC business has higher transmission reliability. If the PUCCH is not orthogonal with a PUSCH (eMBB/URLLC business) in time domain, and methods in the present standards remains to be used, the UCI will be shifted to be transmitted on a PUSCH, as a result, the transmission reliability of the UCI will probably not be guaranteed. The present disclosure can help solve this problem.

…

…An advantage of the above method is that if each bit in eMBB UCI or less demanding URLLC UCI is transmitted on each PUCCH of the multiple PUCCHs, then the eMBB UCI or less demanding URLLC UCI will be repeatedly transmitted so as to enhance transmission reliability; if each bit in eMBB UCI or less demanding URLLC UCI is only transmitted in one or multiple PUCCHs of the multiple PUCCHs, a smaller PUCCH resource can be chosen to transmit the UCI, thereby improving resource utilization, and increasing the system transmission capacity.

'564 Patent at 2:35-38; 4:15-25; 6:62-7:7; 7:36-46.

104.    The claims of the '564 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

105.    The prosecution history of the '564 Patent further indicates that it differs from conventional wireless communication technology.  For example, the Examiner allowed the claims because "[t]he prior art fails to disclose wherein time domain resource occupied by the first time-frequency resource and time domain resource occupied by the second time-frequency resource are non- orthogonal; the first signaling carries a first identifier or a second identifier; whether the first signaling carries the first identifier or the second identifier is used to determine whether the first bit

45

block is transmitted in the first time-frequency resource or transmitted in the second time-frequency resource." January 14, 2022, Notice of Allowance at 2.

106.    Plaintiff holds all rights, title, and interest in and to the '564 Patent, including the right to bring this suit and recover all past, present and future damages for infringement of the '564 Patent.  Lenovo is not licensed to the '564 Patent, either expressly or implicitly, nor does it enjoy or benefit from any other rights in or to the '564 Patent whatsoever.  As such, Lenovo's infringement described below has injured, and continues to injure, Plaintiff.

107.    On information and belief, Lenovo has directly infringed and continues to directly infringe the '564 Patent by, for example, making, using, offering to sell, selling, and/or importing into the United States without authority, products, equipment, software, and/or services that practice one or more claims of the '564 Patent, including without limitation the Lenovo Accused Products, and other devices with 5G capabilities compliant with the 5G Standard.

108.    The '564 Patent is essential to the 5G Standard.

109.    On information and belief, Lenovo tests, or directs or controls others to test, the Lenovo Accused Products to ensure they include hardware and software compliant with the 5G Standard, and the Lenovo Accused Products do conform to and implement technical specifications of the 5G Standard, including the portions of the specifications referenced below.

110.    Each of the Lenovo Accused Products include hardware and/or software components that implement and support the 5G Standard. For example, hardware and/or software components comprising the Lenovo Accused Products are publicly identified as supporting the 5G Standard. As such, Lenovo necessarily infringes the '564 Patent. As shown below, the Lenovo Accused Products infringe at least claims 1 and 9 of the '564 Patent by virtue of their compatibility with and practice of the 3GPP 5G Standard. As shown below, this functionality is described in the

46

portions of the 3GPP 5G Standard implemented in the Lenovo Accused Products, including but not limited to 3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding,"[57] 3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control,"[58] 3GPP TS 38.214 version 16.9.0 "Physical layer procedures for data,"[59] and 3GPP TS 23.501 version 16.5.0 "System architecture for the 5G System (5GS)."[60]

111.    The Lenovo Accused Products include, for example, the Razr Fold, which has a Qualcomm Snapdragon 8 Gen 5 processor with a Release 17 5G modem backwards compatible to Release 16, the Motorola Edge 2025 with a MediaTek Dimensity 7400 Processor with a Release 16 5G modem, and the Lenovo ThinkPad T16 Gen 4 with an optional Release 16 5G modem:



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my

---

[57] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[58] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[59] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[60] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/16.05.00_60/ts_123501v160500p.pdf



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my



Source: https://www.qualcomm.com/modems/products/snapdragon-x80-5g-modem-rf-system



48

Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.mediatek.com/products/smartphones/mediatek-dimensity-7400



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs

112.    For example, the Lenovo Accused Products embody, practice and/or are capable of practicing claims 1 and 9 of the '564 Patent, which are directed to a method in a UE for wireless communication and a UE used for wireless communication, respectively. The following paragraphs provide details regarding examples of Lenovo's infringement, and only as to two patent claims.

Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under any applicable scheduling order.

113.    Claim 1 of the '564 Patent states:

1. A method in a User Equipment (UE) for wireless communication, comprising:

> receiving a first signaling, the first signaling being used to determine a first time-frequency resource;
>
> receiving a second signaling, the second signaling being used to determine a second time-frequency resource; and
>
> transmitting a first bit block in the first time-frequency resource, or, transmitting a first bit block in the second time-frequency resource;
>
> wherein
>
>> time domain resource occupied by the first time-frequency resource and time domain resource occupied by the second time-frequency resource are non-orthogonal;
>>
>> the first signaling carries a first identifier or a second identifier;
>>
>> whether the first signaling carries the first identifier or the second identifier is used to determine whether the first bit block is transmitted in the first time-frequency resource or transmitted in the second time-frequency resource.

'564 Patent at 48:39-57.

114.    The Lenovo Accused Products implement at least Claim 1 of the '564 Patent.

115.    As shown below, Lenovo, using the Lenovo Accused Products, performs a method in a User Equipment (UE) for wireless communication:

51



4.2.3    Non-roaming reference architecture

Figure 4.2.3-1 depicts the non-roaming reference architecture. Service-based interfaces are used within the Control Plane.

**Figure 4.2.3-1: 5G System architecture**

**Source**: 23.501

3GPP TS 23.501 version 16.5.0 "System architecture for the 5G System (5GS)."[61]

116.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes receiving a first signaling, the first signaling being used to determine a first time-frequency resource:

7.3.1.2.2        Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.

...

- PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]

7.3.1.2.3        Format 1_2

DCI format 1_2 is used for the scheduling of PDSCH in one cell.

...

- PUCCH resource indicator – 0 or 1 or 2 or 3 bits determined by higher layer parameter *numberOfBitsForPUCCH-ResourceIndicatorDCI-1-2*

**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[62]

---

[61] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/16.05.00_60/ts_123501v160500p.pdf
[62] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

### 9.2.3    UE procedure for reporting HARQ-ACK

...

If the UE detects a DCI format scheduling a PDSCH reception ending in DL slot $n_D$ or if the UE detects a DCI format indicating a SPS PDSCH release or indicating SCell dormancy through a PDCCH reception ending in DL slot $n_D$, or if the UE detects a DCI format that requests Type-3 HARQ-ACK codebook report and does not schedule a PDSCH reception through a PDCCH reception ending in DL slot $n_D$, as described in clause 9.1.4, the UE provides corresponding HARQ-ACK information in a PUCCH transmission within UL slot $n + k$, where $k$ is a number of slots and is indicated by the PDSCH-to-HARQ_feedback timing indicator field in the DCI format, if present, or provided by *dl-DataToUL-ACK*, *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*.

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[63]

117.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes receiving a second signaling, the second signaling being used to determine a second time-frequency resource:



**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[64]

---

[63] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[64] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

6.1     UE procedure for transmitting the physical uplink shared
        channel

...

A UE shall upon detection of a PDCCH with a configured DCI format 0_0, 0_1 or 0_2 transmit the corresponding
PUSCH as indicated by that DCI unless the UE does not generate a transport block as described in [10, TS38.321].

6.1.2.1     Resource allocation in time domain

When the UE is scheduled to transmit a transport block and no CSI report by a DCI or by a RAR UL grant or
fallbackRAR UL grant, or the UE is scheduled to transmit a transport block and a CSI report(s) on PUSCH by a DCI,
the 'Time domain resource assignment' field value $m$ of the DCI or the PUSCH time resource allocation field value $m$
of the RAR UL grant or of the fallbackRAR UL grant provides a row index $m + 1$ to an allocated table. The
determination of the used resource allocation table is defined in Clause 6.1.2.1.1. The indexed row defines the slot
offset $K_2$, the start and length indicator SLIV, or directly the start symbol $S$ and the allocation length $L$, the PUSCH
mapping type, and the number of repetitions (if numberOfRepetitions is present in the resource allocation table) to be
applied in the PUSCH transmission.

6.1.2.2     Resource allocation in frequency domain

The UE shall determine the resource block assignment in frequency domain using the resource allocation field in the
detected PDCCH DCI except for a PUSCH transmission scheduled by a RAR UL grant or fallbackRAR UL grant, in

**Source**: 38.214

3GPP TS 38.214 version 16.9.0 "Physical layer procedures for data."[65]

118.    As shown below, the method performed by Lenovo using the Lenovo Accused

Products includes transmitting a first bit block in the first time-frequency resource, or, transmitting

a first bit block in the second time-frequency resource:

9       UE procedure for reporting control information

...

If a UE

-   would multiplex UCI in a PUCCH transmission that overlaps with a PUSCH transmission, and

-   the PUSCH and PUCCH transmissions fulfill the conditions in clause 9.2.5 for UCI multiplexing,

the UE

-   multiplexes only HARQ-ACK information, if any, from the UCI in the PUSCH transmission and does not
    transmit the PUCCH if the UE multiplexes aperiodic or semi-persistent CSI reports in the PUSCH;

-   multiplexes only HARQ-ACK information and CSI reports, if any, from the UCI in the PUSCH transmission
    and does not transmit the PUCCH if the UE does not multiplex aperiodic or semi-persistent CSI reports in the
    PUSCH.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[66]

---

[65] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[66] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

54

119.    As shown below, time domain resource occupied by the first time-frequency resource and time domain resource occupied by the second time-frequency resource are non-orthogonal:

9        UE procedure for reporting control information

...

If a UE

-    would multiplex UCI in a PUCCH transmission that overlaps with a PUSCH transmission, and

-    the PUSCH and PUCCH transmissions fulfill the conditions in clause 9.2.5 for UCI multiplexing,

the UE

-    multiplexes only HARQ-ACK information, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE multiplexes aperiodic or semi-persistent CSI reports in the PUSCH;

-    multiplexes only HARQ-ACK information and CSI reports, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE does not multiplex aperiodic or semi-persistent CSI reports in the PUSCH.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[67]

120.    As shown below, the first signaling carries a first identifier or a second identifier:

7.3.1.2.2        Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.
    ...
-    Priority indicator – 0 bit if higher layer parameter *priorityIndicatorDCI-1-1* is not configured; otherwise 1 bit as defined in Clause 9 in [5, TS 38.213].

7.3.1.2.3        Format 1_2

DCI format 1_2 is used for the scheduling of PDSCH in one cell.
    ...
-    Priority indicator – 0 bit if higher layer parameter *priorityIndicatorDCI-1-2* is not configured; otherwise 1 bit as defined in Clause 9 in [5, TS 38.213].

**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[68]

---

[67] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[68] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

9       UE procedure for reporting control information

...

If in an active DL BWP a UE monitors PDCCH either for detection of DCI format 0_1 and DCI format 1_1 or for detection of DCI format 0_2 and DCI format 1_2, a priority index can be provided by a priority indicator field. If a UE indicates a capability to monitor, in an active DL BWP, PDCCH for detection of DCI format 0_1 and DCI format 1_1 and for detection of DCI format 0_2 and DCI format 1_2, a DCI format 0_1 or a DCI format 0_2 can schedule a PUSCH transmission of any priority, a DCI format 1_1 or a DCI format 1_2 can schedule a PDSCH reception and trigger a PUCCH transmission with corresponding HARQ-ACK information of any priority and a DCI format 1_1 can indicate SCell dormancy and trigger a PUCCH transmission with corresponding HARQ-ACK information of any priority.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[69]

121.    As shown below, whether the first signaling carries the first identifier or the second identifier is used to determine whether the first bit block is transmitted in the first time-frequency resource or transmitted in the second time-frequency resource:

9       UE procedure for reporting control information

...

When a UE determines overlapping for PUCCH and/or PUSCH transmissions of different priority indexes other than PUCCH transmissions with SL HARQ-ACK reports before considering limitations for UE transmission as described in clause 11.1 and clause 11.1.1, including repetitions if any, the UE first resolves the overlapping for PUCCH and/or PUSCH transmissions of smaller priority index as described in clauses 9.2.5 and 9.2.6. Then,

-    if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[70]

---

[69] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[70] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

56

Source: 38.213

9        UE procedure for reporting control information

...

If a UE

- would multiplex UCI in a PUCCH transmission that overlaps with a PUSCH transmission, and

- the PUSCH and PUCCH transmissions fulfill the conditions in clause 9.2.5 for UCI multiplexing,

the UE

- multiplexes only HARQ-ACK information, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE multiplexes aperiodic or semi-persistent CSI reports in the PUSCH;

- multiplexes only HARQ-ACK information and CSI reports, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE does not multiplex aperiodic or semi-persistent CSI reports in the PUSCH.

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[71]

122.    Based on the above Lenovo directly infringes at least claim 1 of the '564 Patent.

123.    Claim 9 of the '564 Patent states:

9. A User Equipment (UE) used for wireless communication, comprising:

a first receiver, receiving a first signaling, the first signaling being used for determining a first time-frequency resource; receiving a second signaling, the second signaling being used for determining a second time-frequency resource; and

a first transmitter, transmitting a first bit block in the first time-frequency resource, or transmitting a first bit block in the second time-frequency resource;

wherein

time domain resource occupied by the first time-frequency resource and time domain resource occupied by the second time-frequency resource are non-orthogonal;

the first signaling carries a first identifier or a second identifier;

whether the first signaling carries the first identifier or the second identifier is used to determine whether the first bit block is transmitted in the first time-frequency resource or transmitted in the second time-frequency resource.

---

[71] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

'564 Patent at 51:40-58.

124.    The Lenovo Accused Products implement at least Claim 9 of the '564 Patent.

125.    As shown below, the Lenovo Accused Products comprise a User Equipment (UE) used for wireless communication:



3GPP TS 23.501 version 16.5.0 "System architecture for the 5G System (5GS)."[72]

126.    As shown below, the UE comprises a first receiver, receiving a first signaling, the first signaling being used for determining a first time-frequency resource:



---

[72] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/16.05.00_60/ts_123501v160500p.pdf

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[73]

### 9.2.3    UE procedure for reporting HARQ-ACK

...

If the UE detects a DCI format scheduling a PDSCH reception ending in DL slot $n_D$ or if the UE detects a DCI format indicating a SPS PDSCH release or indicating SCell dormancy through a PDCCH reception ending in DL slot $n_D$, or if the UE detects a DCI format that requests Type-3 HARQ-ACK codebook report and does not schedule a PDSCH reception through a PDCCH reception ending in DL slot $n_D$, as described in clause 9.1.4, the UE provides corresponding HARQ-ACK information in a PUCCH transmission within UL slot $n + k$, where $k$ is a number of slots and is indicated by the PDSCH-to-HARQ_feedback timing indicator field in the DCI format, if present, or provided by *dl-DataToUL-ACK*, *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*.

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[74]

127.    As shown below, the first receiver is also receiving a second signaling, the second signaling being used for determining a second time-frequency resource:

7.3.1.1.1        Format 0_0
...
-   Frequency domain resource assignment – number of bits determined by the following:
...
-    Time domain resource assignment – 4 bits as defined in Clause 6.1.2.1 of [6, TS 38.214]

7.3.1.1.2        Format 0_1
...
-   Frequency domain resource assignment – number of bits determined by the following, where $N_{RB}^{UL,BWP}$ is the size of the active UL bandwidth part:
...
-   Time domain resource assignment – 0, 1, 2, 3, 4, 5, or 6 bits

7.3.1.1.3        Format 0_2
...
-   Frequency domain resource assignment – number of bits determined by the following:

-    Time domain resource assignment – 0, 1, 2, 3, 4, 5 or 6 bits as defined in Clause 6.1.2.1 of [6, TS38.214]. The

**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[75]

---

[73] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[74] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[75] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

### 6.1    UE procedure for transmitting the physical uplink shared channel

...

A UE shall upon detection of a PDCCH with a configured DCI format 0_0, 0_1 or 0_2 transmit the corresponding PUSCH as indicated by that DCI unless the UE does not generate a transport block as described in [10, TS38.321].

#### 6.1.2.1    Resource allocation in time domain

When the UE is scheduled to transmit a transport block and no CSI report by a DCI or by a RAR UL grant or fallbackRAR UL grant, or the UE is scheduled to transmit a transport block and a CSI report(s) on PUSCH by a DCI, the 'Time domain resource assignment' field value $m$ of the DCI or the *PUSCH time resource allocation* field value $m$ of the RAR UL grant or of the fallbackRAR UL grant provides a row index $m + 1$ to an allocated table. The determination of the used resource allocation table is defined in Clause 6.1.2.1.1. The indexed row defines the slot offset $K_2$, the start and length indicator *SLIV*, or directly the start symbol $S$ and the allocation length $L$, the PUSCH mapping type, and the number of repetitions (if *numberOfRepetitions* is present in the resource allocation table) to be applied in the PUSCH transmission.

#### 6.1.2.2    Resource allocation in frequency domain

The UE shall determine the resource block assignment in frequency domain using the resource allocation field in the detected PDCCH DCI except for a PUSCH transmission scheduled by a RAR UL grant or fallbackRAR UL grant, in

**Source**: 38.214

3GPP TS 38.214 version 16.9.0 "Physical layer procedures for data."[76]

128.    As shown below, the UE comprises a first transmitter, transmitting a first bit block in the first time-frequency resource, or transmitting a first bit block in the second time-frequency resource:

### 9        UE procedure for reporting control information

...

If a UE

- would multiplex UCI in a PUCCH transmission that overlaps with a PUSCH transmission, and
- the PUSCH and PUCCH transmissions fulfill the conditions in clause 9.2.5 for UCI multiplexing,

the UE

- multiplexes only HARQ-ACK information, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE multiplexes aperiodic or semi-persistent CSI reports in the PUSCH;
- multiplexes only HARQ-ACK information and CSI reports, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE does not multiplex aperiodic or semi-persistent CSI reports in the PUSCH.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[77]

---

[76] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[77] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

129.    As shown below, time domain resource occupied by the first time-frequency resource and time domain resource occupied by the second time-frequency resource are non-orthogonal:

9       UE procedure for reporting control information

...

If a UE

- would multiplex UCI in a PUCCH transmission that overlaps with a PUSCH transmission, and

- the PUSCH and PUCCH transmissions fulfill the conditions in clause 9.2.5 for UCI multiplexing,

the UE

- multiplexes only HARQ-ACK information, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE multiplexes aperiodic or semi-persistent CSI reports in the PUSCH;

- multiplexes only HARQ-ACK information and CSI reports, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE does not multiplex aperiodic or semi-persistent CSI reports in the PUSCH.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[78]

130.    As shown below, the first signaling carries a first identifier or a second identifier:

7.3.1.2.2       Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.
...
- Priority indicator – 0 bit if higher layer parameter *priorityIndicatorDCI-1-1* is not configured; otherwise 1 bit as defined in Clause 9 in [5, TS 38.213].

7.3.1.2.3       Format 1_2

DCI format 1_2 is used for the scheduling of PDSCH in one cell.
...
- Priority indicator – 0 bit if higher layer parameter *priorityIndicatorDCI-1-2* is not configured; otherwise 1 bit as defined in Clause 9 in [5, TS 38.213].

**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[79]

---

[78] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[79] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

9        UE procedure for reporting control information

...

If in an active DL BWP a UE monitors PDCCH either for detection of DCI format 0_1 and DCI format 1_1 or for detection of DCI format 0_2 and DCI format 1_2, a priority index can be provided by a priority indicator field. If a UE indicates a capability to monitor, in an active DL BWP, PDCCH for detection of DCI format 0_1 and DCI format 1_1 and for detection of DCI format 0_2 and DCI format 1_2, a DCI format 0_1 or a DCI format 0_2 can schedule a PUSCH transmission of any priority, a DCI format 1_1 or a DCI format 1_2 can schedule a PDSCH reception and trigger a PUCCH transmission with corresponding HARQ-ACK information of any priority and a DCI format 1_1 can indicate SCell dormancy and trigger a PUCCH transmission with corresponding HARQ-ACK information of any priority.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[80]

131.    As shown below, whether the first signaling carries the first identifier or the second identifier is used to determine whether the first bit block is transmitted in the first time-frequency resource or transmitted in the second time-frequency resource:

9        UE procedure for reporting control information

...

When a UE determines overlapping for PUCCH and/or PUSCH transmissions of different priority indexes other than PUCCH transmissions with SL HARQ-ACK reports before considering limitations for UE transmission as described in clause 11.1 and clause 11.1.1, including repetitions if any, the UE first resolves the overlapping for PUCCH and/or PUSCH transmissions of smaller priority index as described in clauses 9.2.5 and 9.2.6. Then,

-    if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[81]

---

[80] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[81] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

62

## 9    UE procedure for reporting control information

...

If a UE
- would multiplex UCI in a PUCCH transmission that overlaps with a PUSCH transmission, and
- the PUSCH and PUCCH transmissions fulfill the conditions in clause 9.2.5 for UCI multiplexing,

the UE
- multiplexes only HARQ-ACK information, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE multiplexes aperiodic or semi-persistent CSI reports in the PUSCH;
- multiplexes only HARQ-ACK information and CSI reports, if any, from the UCI in the PUSCH transmission and does not transmit the PUCCH if the UE does not multiplex aperiodic or semi-persistent CSI reports in the PUSCH.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[82]

132.    Based on the above Lenovo directly infringes at least claims 1 and 9 of the '564 Patent.

133.    In addition to direct infringement by making, using, offering to sell, selling, and/or importing the Lenovo Accused Products, Lenovo indirectly infringes the '564 Patent claims.

134.    Lenovo has indirectly infringed and continues to indirectly infringe the '564 Patent by inducing third parties to directly infringe that patent.

135.    Lenovo had actual knowledge of the '564 Patent at least as of its receipt of Plaintiff's letter on November 13, 2023, and continues to import, make, use, sell, and/or offer for sale the Lenovo Accused Products. At the very latest, Lenovo had actual knowledge of the '564 Patent and of its infringement of that patent as of the date of this Complaint.  Where acts constituting direct infringement of the '564 Patent are not performed by Lenovo, such acts constituting direct infringement of the '564 Patent are performed by Lenovo's customers or end-users who act at the direction and/or control of Lenovo, with Lenovo's knowledge.

136.    Lenovo knows that the use of the Lenovo Accused Products on a 5G network constitutes infringement of the '564 Patent.

---

[82] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

137.    Lenovo advertises the infringing products and services, publishes specifications and promotional literature encouraging customers to operate the accused products and services, creates and/or distributes user manuals for the accused products and services that provide instruction and/or encourage infringing use, and offers support and/or technical assistance to its customers that provide instructions on and/or encourage infringing use.

138.    Lenovo encourages and facilitates its customers to infringe the '564 Patent by instructing customers that purchase the Lenovo Accused Products that such devices have voice calling capability and internet connection capability using 5G cellular networks, and providing various indicators within those devices of the same.

139.    For instance, Lenovo provides its customers with a user guide for each of the Lenovo Accused Products. The user guide includes instructions on how to make a phone call as shown in the example below:

**NETWORK**

Connected to cellular/mobile network (full signal). Speed of your network connection is also shown. Possible speeds, from slowest to fastest, are 3G, H, H+, 4G, 5G. Available speeds depend on your carrier and your location.

[83]

---

[83] https://help.motorola.com/hc/7166/16/pdf/help-motorola-edge-2025-16-na-en-us.pdf

64

## Make calls

### Make a call

1. Open the Phone app .

2. Tap ⠿ and enter a number.

3. If you enter a wrong number, tap ⌫.

4. Tap  to call the number.

5. To hang up, tap .

### Other ways to make calls

You can place calls from:

- The Phone app 

- The Contacts app 

- The Gemini app 

- Other apps that show contact information. Wherever you see a phone number, you can usually touch it to dial.

### Return a recent call

In the Phone app , tap  > **All**, then tap  next to the number.                    84

**Chapter 2. Get started with your computer**. . . . . . . . . . . . . . . **11**

Get started with your desktop . . . . . . . . . 11

 Launch an app . . . . . . . . . . . . 11

 Launch settings . . . . . . . . . . . . 11

 Get support . . . . . . . . . . . . . 11

Manage networks . . . . . . . . . . . . . 11

 Connect to Wi-Fi networks. . . . . . . . 12

 Connect to a cellular network (for selected models of ThinkPad P16s Gen 4) . . . . . . 12 85

## Connect to a cellular network (for selected models of ThinkPad P16s Gen 4)

To connect a 4G or 5G cellular data network, you must have a wireless wide area network (WWAN) card and a nano-SIM card installed. The nano-SIM card might come with your computer by countries or regions. If no nano-SIM card is shipped, you need to purchase one from authorized service carriers.                    86

---

[84] *Id.*

[85] https://download.lenovo.com/pccbbs/mobiles_pdf/p14s_g6_p16s_g4_linux_ug.pdf

[86] *Id.*

65



140.    Using a Lenovo Accused Product to make a phone call or connect to the Internet on a 5G-supported wireless carrier network results in infringement of the '564 Patent.

141.    Plaintiff is informed and believes, and on that basis alleges, that Lenovo indirectly infringes at least claims 1 and 9 of the '564 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, importing, supplying, distributing, selling, and/or offering for sale the Lenovo Accused Products to its customers with the knowledge and intent that use of those products would constitute direct infringement of the '564 Patent.  Lenovo has induced, and continues to induce, direct infringement of the '564 Patent by customers, importers, sellers, resellers, and/or end users of the Lenovo Accused Products.

142.    End users of the Lenovo Accused Products, pursuant to Lenovo's instructions, indicators, and advertisements, thus each directly infringe the '564 Patent.

---

[87] https://en-us.support.motorola.com/app/answers/detail/a_id/192189/~/user-guide-%28html%29-%7C-motorola-razr-fold---2026

143.    Lenovo also indirectly infringes by contributing to the infringement of, and continuing to contribute to the infringement of, one or more claims of the '564 Patent under 35 U.S.C. § 271(c) and/or 271(f) by selling, offering for sale, and/or importing into the United States, the Lenovo Accused Products. Lenovo knew at least as of its receipt of Plaintiff's letter on November 13, 2023, that the accused products and/or services include hardware components and software instructions that work in concert to perform specific, intended functions. Such specific, intended functions, carried out by these hardware and software combinations, are a material part of the inventions of the '564 Patent and are not staple articles of commerce suitable for substantial non-infringing use.

144.    The acts of infringement by Lenovo have caused damage to Plaintiff, and Plaintiff is entitled to recover from Lenovo damages sustained by Plaintiff as a result of Lenovo's wrongful acts in an amount subject to proof at trial. The infringement of the '564 Patent by Lenovo has damaged and will continue to damage Plaintiff.

145.    Lenovo had actual knowledge of, or was willfully blind to, the existence of the '564 Patent and Lenovo's infringement of the '564 Patent before the filing of this Complaint and at least as early as November 13, 2023, when it received Plaintiff's letter.

146.    CN110784291 is a Chinese published patent application claiming priority to the same foreign priority application (CN201810853930.X) as the '564 Patent. CN110784291 was cited during prosecution of Lenovo Beijing's Chinese PCT application number PCT/CN2020/075337, which was published as WO2021/159490 A1, in an International Search Report dated November 18, 2020. Therefore, Lenovo was aware of the existence of the '564 Patent family at least as early as November 18, 2020. On information and belief Lenovo was aware of the existence of the '564 Patent itself at least as early as its issuance on May 10, 2022.

147.    Despite this knowledge, Lenovo continued its infringing activities despite an objectively high likelihood that its activities constituted infringement of a valid patent, and this risk was either known or obvious that it should have been known to Lenovo. Thus, Lenovo's infringement has been, and continues to be, willful and deliberate.

**COUNT III: INFRINGEMENT OF U.S. PATENT NO. 11,337,230**

148.    Plaintiff hereby incorporates by reference and re-alleges the foregoing paragraphs as if fully set forth herein.

149.    On May 17, 2022, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '230 Patent, titled "Method and Device in UE and Base Station Used for Wireless Communication." Dido is the owner by assignment of the '230 Patent. A true and correct copy of the '230 Patent is attached as Exhibit 3.

150.    Pursuant to 35 U.S.C. § 282, the '230 Patent is presumed valid.

151.    The '230 Patent is generally directed toward an improvement in wireless communication technology.  4G can only support codebook based UL transmission.  As an important enhancement for 5G/NR, non-codebook UL transmission is standardized, which can fully utilize the strong points of massive MIMO.  The '230 Patent provides the mechanism for non-codebook based UL transmission for 5G/NR, which can improve more than 15% UL system capacity.

152.    The '230 Patent is not directed to conventional or well-known wireless communication technology.  Rather, the '230 Patent improves on existing wireless communication technology.  In this regard, the '230 Patent teaches:

> In one embodiment, an advantage of the above method is that the first signaling can be used for scheduling a reference signal, and then identifying the scheduled reference signal with the first field, while the second signaling can indicate with the

second field whether the first radio signal is related to the reference signal scheduled by the first signaling.

In one embodiment, another advantage of the above method is that when the UE is scheduled to transmit or measure a plurality of reference signals, possible misunderstanding of the reference signal(s) related to the first radio signal can be avoided.

…

In one embodiment, an advantage of the above method is that multi-antenna related processing of an uplink reference signal can be utilized to optimize multi-antenna processing of uplink or downlink data, thus improving data transmission quality.

In one embodiment, another advantage of the above method is that when the operating is transmitting, the reciprocity between uplink and downlink channels can be employed to reduce the overhead for reference signals and signaling.

…

In one embodiment, an advantage of the above method is that multi-antenna related processing of a downlink reference signal can be utilized to optimize multi-antenna related processing of uplink or downlink data, thereby improving data transmission quality.

In one embodiment, another advantage of the above method is that when the operating is receiving, the reciprocity between uplink and downlink channels may be employed to reduce the overhead for reference signals and signaling.

…

In one embodiment, the present disclosure is advantageous over conventional schemes in the following aspects:

Avoiding any potential misunderstanding or confusion that may arise from citation of a certain reference signal when the UE is scheduled to transmit or measure a plurality of reference signals, especially when the reference signals are aperiodic.

Allowing the UE to optimize multi-antenna related processing on uplink or downlink data through multi-antenna related measurement on reference signals or transmitting information, thus improving the data transmission quality.

In the case of reciprocity between uplink and downlink channels, utilizing the channel reciprocity to reduce the overhead for reference signals, signaling(s) and feedback.

'230 Patent at 1:65-2:8; 4:33-42; 10:33-41; 24:27-40.

153.    The claims of the '230 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

154.    The prosecution history of the '230 Patent further indicates that it differs from conventional wireless communication technology.  For example, the Examiner allowed the claims because:

> The amendment to the claims in combination with the other claimed elements as set forth below is determined to be allowable in view of the references provided in the most recent office action along with a further search and consideration:

> "…the first field of the first signaling and the second field of the second signaling are jointly used for determining whether the first radio signal is related to the first signaling; the operating is receiving, or the operating is transmitting, comprising:

> transmitting a first reference signal; wherein the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P; or,

> transmitting a first reference signal, and receiving first downlink information; wherein the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P, the first downlink information is used for determining T1 piece(s) of second-type scheduling

70

information, the second-type scheduling information of the first reference signal is one of the T1 piece(s) of second-type scheduling information, T1 is a positive integer; or,

transmitting a first reference signal; wherein the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P, the first field of the first signaling is used for identifying the first reference signal."

None of the prior art of record, either taken by itself or in any combination, would have anticipated or made obvious the invention of the present application at or before the time it was filed.

January 25, 2022, Notice of Allowance at 3-5.

155. Plaintiff holds all rights, title, and interest in and to the '230 Patent, including the right to bring this suit and recover all past, present and future damages for infringement of the '230 Patent. Lenovo is not licensed to the '230 Patent, either expressly or implicitly, nor does it enjoy or benefit from any other rights in or to the '230 Patent whatsoever. As such, Lenovo's infringement described below has injured, and continues to injure, Plaintiff.

156. On information and belief, Lenovo has directly infringed and continues to directly infringe the '230 Patent by, for example, making, using, offering to sell, selling, and/or importing into the United States without authority, products, equipment, software, and/or services that practice one or more claims of the '230 Patent, including without limitation the Lenovo Accused Products, and other devices with 5G capabilities compliant with the 5G Standard.

157. The '230 Patent is essential to the 5G Standard.

158.    On information and belief, Lenovo tests, or directs or controls others to test, the Lenovo Accused Products to ensure they include hardware and software compliant with the 5G Standard, and the Lenovo Accused Products do conform to and implement technical specifications of the 5G Standard, including the portions of the specifications referenced below.

159.    Each of the Lenovo Accused Products include hardware and/or software components that implement and support the 5G Standard. For example, hardware and/or software components comprising the Lenovo Accused Products are publicly identified as supporting the 5G Standard. As such, Lenovo necessarily infringes the '230 Patent. As shown below, the Lenovo Accused Products infringe at least claims 1 and 9 of the '230 Patent by virtue of their compatibility with and practice of the 3GPP 5G Standard. As shown below, this functionality is described in the portions of the 3GPP 5G Standard implemented in the Lenovo Accused Products, including but not limited to 3GPP TS 38.211 version 15.8.0 "Physical channels and modulation,"[88] 3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding,"[89] 3GPP TS 38.213 version 15.5.0 "Physical layer procedures for control,"[90] 3GPP TS 38.214 version 15.5.0 "Physical layer procedures for data,"[91] 3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification,"[92] and 3GPP TS 23.501 version 15.12.0 "System architecture for the 5G System (5GS)."[93]

160.    The Lenovo Accused Products include, for example, the Razr Fold, which has a Qualcomm Snapdragon 8 Gen 5 processor with a Release 17 5G modem backwards compatible to Release 15, the Motorola Edge 2025 with a MediaTek Dimensity 7400 Processor with a Release

---

[88] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/
[89] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[90] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[91] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[92] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[93] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/15.12.00_60/ts_123501v151200p.pdf

16 5G modem backwards compatible to Release 15, and the Lenovo ThinkPad T16 Gen 4 with an

optional Release 16 5G modem backwards compatible to Release 15:



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my



Source: https://www.qualcomm.com/modems/products/snapdragon-x80-5g-modem-rf-system



Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.mediatek.com/products/smartphones/mediatek-dimensity-7400

75



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs

161.    For example, the Lenovo Accused Products embody, practice and/or are capable of practicing claims 1 and 9 of the '230 Patent, which are directed to a method in a UE for wireless communication and a UE for wireless communication, respectively. The following paragraphs provide details regarding examples of Lenovo's infringement, and only as to two patent claims.

Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under any applicable scheduling order.

162.    Claim 1 of the '230 Patent states:

1. A method in a User Equipment (UE) for wireless communication, comprising:

receiving a first signaling;

receiving a second signaling; and

operating a first radio signal;

wherein

the first signaling comprises a first field, the second signaling comprises a second field;

the second signaling comprises first-type scheduling information of the first radio signal;

the first field of the first signaling and the second field of the second signaling are jointly used for determining whether the first radio signal is related to the first signaling;

the operating is receiving, or the operating is transmitting, comprising:

transmitting a first reference signal;

wherein

the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio

77

sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P; or,

transmitting a first reference signal, and receiving first downlink information;

wherein

the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is

78

a positive integer no greater than the P, the first downlink information is used for determining T1 piece(s) of second-type scheduling information, the second-type scheduling information of the first reference signal is one of the T1 piece(s) of second-type scheduling information, T1 is a positive integer; or,

transmitting a first reference signal;

wherein

the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P, the

79

first field of the first signaling is used for identifying the first reference signal.

'230 Patent at 45:46-46:50.

163.    The Lenovo Accused Products implement at least Claim 1 of the '230 Patent.

164.    As shown below, Lenovo, using the Lenovo Accused Products, performs a method in a User Equipment (UE) for wireless communication:

### 4.2.3    Non-roaming reference architecture

Figure 4.2.3-1 depicts the non-roaming reference architecture. Service-based interfaces are used within the Control Plane.



**Figure 4.2.3-1: 5G System architecture**

**Source**: 23.501

3GPP TS 23.501 version 15.12.0 "System architecture for the 5G System (5GS)."[94]

165.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes receiving a first signaling:

---

[94] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/15.12.00_60/ts_123501v151200p.pdf

```
6.3.2       Radio resource control information elements

    ...

BWP-Uplink ::=                  SEQUENCE {
    bwp-Id                          BWP-Id,
    bwp-Common                      BWP-UplinkCommon                                        OPTIONAL,   -- Cond SetupOtherBWP
    bwp-Dedicated                   BWP-UplinkDedicated                                     OPTIONAL,   -- Cond SetupOtherBWP
    ...
}

    ...

BWP-UplinkDedicated ::=         SEQUENCE {
    pucch-Config                    SetupRelease { PUCCH-Config }                           OPTIONAL,   -- Need M
    pusch-Config                    SetupRelease { PUSCH-Config }                           OPTIONAL,   -- Need M
    configuredGrantConfig           SetupRelease { ConfiguredGrantConfig }                  OPTIONAL,   -- Need M
    srs-Config                      SetupRelease { SRS-Config }                             OPTIONAL,   -- Need M

    ...

SRS-Config ::=                  SEQUENCE {
    srs-ResourceSetToReleaseList        SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSetId   OPTIONAL,   -- Need N
    srs-ResourceSetToAddModList         SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSet     OPTIONAL,   -- Need N
    srs-ResourceToReleaseList           SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-ResourceId         OPTIONAL,   -- Need N
    srs-ResourceToAddModList            SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-Resource           OPTIONAL,   -- Need N
    tpc-Accumulation                    ENUMERATED {disabled}                                              OPTIONAL,   -- Need S
    ...
}
```

**Source**: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[95]

166.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes receiving a second signaling and operating a first radio signal:

```
7.3.1.1.2           Format 0_1
```

DCI format 0_1 is used for the scheduling of PUSCH in one cell.

**Source**: 38.212

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding."[96]

167.    As shown below, the first signaling comprises a first field and the second signaling comprises a second field:

---

[95] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[96] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

81

```
6.3.2     Radio resource control information elements
    ...
BWP-Uplink ::=                    SEQUENCE {
    bwp-Id                           BWP-Id,
    bwp-Common                       BWP-UplinkCommon          OPTIONAL,   -- Cond SetupOtherBWP
    bwp-Dedicated                    BWP-UplinkDedicated       OPTIONAL,   -- Cond SetupOtherBWP
    ...
}
```

**Source**: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[97]

7.3.1.1.2          Format 0_1

DCI format 0_1 is used for the scheduling of PUSCH in one cell.

    ...

- Bandwidth part indicator – 0, 1 or 2 bits as determined by the number of UL BWPs $n_{BWP,RRC}$ configured by higher layers, excluding the initial UL bandwidth part. The bitwidth for this field is determined as $\lceil \log_2(n_{BWP}) \rceil$ bits, where

**Source**: 38.212

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding."[98]

168.    As shown below, the second signaling comprises first-type scheduling information of the first radio signal:

7.3.1.1.2          Format 0_1

DCI format 0_1 is used for the scheduling of PUSCH in one cell.

    ...

- Time domain resource assignment – 0, 1, 2, 3, or 4 bits as defined in Subclause 6.1.2.1 of [6, TS38.214]. The bitwidth for this field is determined as $\lceil \log_2(I) \rceil$ bits, where $I$ is the number of entries in the higher layer parameter *pusch-TimeDomainAllocationList* if the higher layer parameter is configured; otherwise $I$ is the number of entries in the default table.

- Frequency hopping flag – 0 or 1 bit:

    - 0 bit if only resource allocation type 0 is configured or if the higher layer parameter *frequencyHopping* is not configured;

    - 1 bit according to Table 7.3.1.1.1-3 otherwise, only applicable to resource allocation type 1, as defined in Subclause 6.3 of [6, TS 38.214].

- Modulation and coding scheme – 5 bits as defined in Subclause 6.1.4.1 of [6, TS 38.214]

- New data indicator – 1 bit

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- HARQ process number – 4 bits

**Source**: 38.212

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding."[99]

---

[97] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[98] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[99] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

169.    As shown below, the first field of the first signaling and the second field of the second signaling are jointly used for determining whether the first radio signal is related to the first signaling and the operating is receiving, or the operating is transmitting:

### 6.1.1.2    Non-Codebook based UL transmission

For non-codebook based transmission, PUSCH can be scheduled by DCI format 0_0, DCI format 0_1 or semi-statically configured to operate according to Subclause 6.1.2.3. The UE can determine its PUSCH precoder and transmission rank based on the SRI when multiple SRS resources are configured, where the SRI is given by the SRS resource indicator in DCI according to subclause 7.3.1.1.2 of [5, 38.212], or the SRI is given by *srs-ResourceIndicator* according to subclause 6.1.2.3. The UE shall use one or multiple SRS resources for SRS transmission, where, in a SRS resource set, the maximum number of SRS resources which can be configured to the UE for simultaneous transmission in the same

...

The UE shall transmit PUSCH using the same antenna ports as the SRS port(s) in the SRS resource(s) indicated by SRI(s) given by DCI format 0_1 or by *configuredGrantConfig* according to subclause 6.1.2.3, where the SRS port in (*i*+1)-th SRS resource in the SRS resource set is indexed as $p_i = 1000 + i$ .

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[100]

## 12    Bandwidth part operation

...

- for each information field in the received DCI format 0_1 or DCI format 1_1

  - if the size of the information field is smaller than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE prepends zeros to the information field until its size is the one required for the interpretation of the information field for the UL BWP or DL BWP prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

  - if the size of the information field is larger than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE uses a number of least significant bits of DCI format 0_1 or DCI format 1_1 equal to the one required for the UL BWP or DL BWP indicated by bandwidth part indicator prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

- set the active UL BWP or DL BWP to the UL BWP or DL BWP indicated by the bandwidth part indicator in the DCI format 0_1 or DCI format 1_1, respectively

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[101]

170.    As shown below, the operating is transmitting comprising transmitting a first reference signal and the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling:

---

[100] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[101] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

83

### 6.1.1.2    Non-Codebook based UL transmission

For non-codebook based transmission, PUSCH can be scheduled by DCI format 0_0, DCI format 0_1 or semi-statically configured to operate according to Subclause 6.1.2.3. The UE can determine its PUSCH precoder and transmission rank based on the SRI when multiple SRS resources are configured, where the SRI is given by the SRS resource indicator in DCI according to subclause 7.3.1.1.2 of [5, 38.212], or the SRI is given by *srs-ResourceIndicator* according to subclause 6.1.2.3. The UE shall use one or multiple SRS resources for SRS transmission, where, in a SRS resource set, the maximum number of SRS resources which can be configured to the UE for simultaneous transmission in the same symbol and the maximum number of SRS resources are UE capabilities. The SRS resources transmitted simultaneously occupy the same RBs. Only one SRS port for each SRS resource is configured. Only one SRS resource set can be configured with higher layer parameter *usage* in *SRS-ResourceSet* set to 'nonCodebook'. The maximum number of SRS resources that can be configured for non-codebook based uplink transmission is 4. The indicated SRI in slot *n* is associated with the most recent transmission of SRS resource(s) identified by the SRI, where the SRS transmission is prior to the PDCCH carrying the SRI.

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[102]

## 12    Bandwidth part operation

...

- for each information field in the received DCI format 0_1 or DCI format 1_1

  - if the size of the information field is smaller than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE prepends zeros to the information field until its size is the one required for the interpretation of the information field for the UL BWP or DL BWP prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

  - if the size of the information field is larger than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE uses a number of least significant bits of DCI format 0_1 or DCI format 1_1 equal to the one required for the UL BWP or DL BWP indicated by bandwidth part indicator prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

- set the active UL BWP or DL BWP to the UL BWP or DL BWP indicated by the bandwidth part indicator in the DCI format 0_1 or DCI format 1_1, respectively

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[103]

171.    As shown below, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s):

---

[102] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[103] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

6.3.2    Radio resource control information elements
...

```
SRS-Config ::=                          SEQUENCE {
    srs-ResourceSetToReleaseList            SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSetId   OPTIONAL,   -- Need N
    srs-ResourceSetToAddModList             SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSet     OPTIONAL,   -- Need N
    srs-ResourceToReleaseList               SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-ResourceId         OPTIONAL,   -- Need N
    srs-ResourceToAddModList                SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-Resource           OPTIONAL,   -- Need N
    tpc-Accumulation                        ENUMERATED {disabled}                                              OPTIONAL,   -- Need S
    ...
}
```

Source: 38.331

6.3.2    Radio resource control information elements
...

```
SRS-Resource ::=                        SEQUENCE {
    srs-ResourceId                          SRS-ResourceId,
    nrofSRS-Ports                           ENUMERATED {port1, ports2, ports4},
    ptrs-PortIndex                          ENUMERATED {n0, n1 }
    transmissionComb                        CHOICE {
        n2                                      SEQUENCE {
            combOffset-n2                           INTEGER (0..1),
            cyclicShift-n2                          INTEGER (0..7)
        },
        n4                                      SEQUENCE {
            combOffset-n4                           INTEGER (0..3),
            cyclicShift-n4                          INTEGER (0..11)
        }
    },
    resourceMapping                         SEQUENCE {
        startPosition                           INTEGER (0..5),
        nrofSymbols                             ENUMERATED {n1, n2, n4},
        repetitionFactor                        ENUMERATED {n1, n2, n4}
    },
    freqDomainPosition                      INTEGER (0..67),
    freqDomainShift                         INTEGER (0..268),
    freqHopping                             SEQUENCE {
        c-SRS                                   INTEGER (0..63),
        b-SRS                                   INTEGER (0..3),
        b-hop                                   INTEGER (0..3)
    },
```

Source: 38.331

6.3.2    Radio resource control information elements
...

```
SRS-ResourceSet ::=                     SEQUENCE {
    srs-ResourceSetId                       SRS-ResourceSetId,
    srs-ResourceIdList                      SEQUENCE (SIZE(1..maxNrofSRS-ResourcesPerSet)) OF SRS-ResourceId   OPTIONAL, -- Cond Setup
...

SRS-Resource ::=                        SEQUENCE {
    srs-ResourceId                          SRS-ResourceId,
    nrofSRS-Ports                           ENUMERATED {port1, ports2, ports4},
    ptrs-PortIndex                          ENUMERATED {n0, n1 }                                                OPTIONAL,   -- Need R
```

Source: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[104]

---

[104] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf

85

172.    As shown below, the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s):



**Source**: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[105]

#### 6.1.1.2    Non-Codebook based UL transmission

...

The UE shall transmit PUSCH using the same antenna ports as the SRS port(s) in the SRS resource(s) indicated by SRI(s) given by DCI format 0_1 or by *configuredGrantConfig* according to subclause 6.1.2.3, where the SRS port in $(i+1)$-th SRS resource in the SRS resource set is indexed as $p_i = 1000 + i$.

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[106]

#### 6.3.1.5    Precoding

The block of vectors $\left[y^{(0)}(i) \quad \dots \quad y^{(v-1)}(i)\right]^T$, $i = 0, 1, \dots, M_{symb}^{layer} - 1$ shall be precoded according to

$$\begin{bmatrix} z^{(p_0)}(i) \\ \vdots \\ z^{(p_{\rho-1})}(i) \end{bmatrix} = W \begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(v-1)}(i) \end{bmatrix}$$

where $i = 0, 1, \dots, M_{symb}^{ap} - 1$, $M_{symb}^{ap} = M_{symb}^{layer}$. The set of antenna ports $\{p_0, \dots, p_{\rho-1}\}$ shall be determined according to the procedure in [6, TS 38.214].

**Source**: 38.211

3GPP TS 38.211 version 15.8.0 "Physical channels and modulation,"[107]

173.    As shown below, multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s):

---

[105] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[106] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[107] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/

> **6.1.1.2      Non-Codebook based UL transmission**
>
> For non-codebook based transmission, PUSCH can be scheduled by DCI format 0_0, DCI format 0_1 or semi-statically configured to operate according to Subclause 6.1.2.3. The UE can determine its PUSCH precoder and transmission rank based on the SRI when multiple SRS resources are configured, where the SRI is given by the SRS resource indicator in DCI according to subclause 7.3.1.1.2 of [5, 38.212], or the SRI is given by *srs-ResourceIndicator* according to subclause 6.1.2.3. The UE shall use one or multiple SRS resources for SRS transmission, where, in a SRS resource set, the maximum number of SRS resources which can be configured to the UE for simultaneous transmission in the same symbol and the maximum number of SRS resources are UE capabilities. The SRS resources transmitted simultaneously ...
>
> The UE shall transmit PUSCH using the same antenna ports as the SRS port(s) in the SRS resource(s) indicated by SRI(s) given by DCI format 0_1 or by *configuredGrantConfig* according to subclause 6.1.2.3, where the SRS port in (*i*+1)-th SRS resource in the SRS resource set is indexed as $p_i = 1000 + i$.
>
> **Source**: 38.214

3GPP TS 38.214 version 15.5.0.[108]

174.    As shown below, the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, and K is a positive integer no greater than the P:

> **6.1.1.2      Non-Codebook based UL transmission**
> ...
>
> The UE shall transmit PUSCH using the same antenna ports as the SRS port(s) in the SRS resource(s) indicated by SRI(s) given by DCI format 0_1 or by *configuredGrantConfig* according to subclause 6.1.2.3, where the SRS port in (*i*+1)-th SRS resource in the SRS resource set is indexed as $p_i = 1000 + i$.
>
> **Source**: 38.214

3GPP TS 38.214 version 15.5.0.[109]

> **6.3.2      Radio resource control information elements**
> ...
>
> ```
> SRS-ResourceSet ::=              SEQUENCE {
>   srs-ResourceSetId                SRS-ResourceSetId,
>   srs-ResourceIdList               SEQUENCE (SIZE(1..maxNrofSRS-ResourcesPerSet)) OF SRS-ResourceId   OPTIONAL, -- Cond Setup
> ```
>
> **Source**: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[110]

> **7.3.1.1.2      Format 0_1**
> ...
>
> - SRS resource indicator $-\left\lceil \log_2\left( \sum_{k=1}^{\min\{L_{max}, N_{SRS}\}} \binom{N_{SRS}}{k} \right) \right\rceil$ or $\lceil \log_2(N_{SRS}) \rceil$ bits, where $N_{SRS}$ is the number of configured SRS resources in the SRS resource set associated with the higher layer parameter *usage* of value 'codeBook' or 'nonCodeBook',
>
> **Source**: 38.212

---

[108] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[109] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[110] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf

87

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding,"[111]

175.    Based on the above Lenovo directly infringes at least claim 1 of the '230 Patent.

176.    Claim 9 of the '230 Patent states:

9. A User Equipment (UE) for wireless communication, comprising:

a first receiver, receiving a first signaling and a second signaling; and

a first processor, operating a first radio signal;

wherein

the first signaling comprises a first field, the second signaling comprises a second field;

the second signaling comprises first-type scheduling information of the first radio signal;

the first field of the first signaling and the second field of the second signaling are jointly used for determining whether the first radio signal is related to the first signaling;

the operating is receiving, or the operating is transmitting,

the first processor transmits a first reference signal;

wherein

the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first

[111] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P; or,

the first processor transmits a first reference signal, and the first receiver receives first downlink information;

wherein

the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P, the first downlink information is used for determining T1 piece(s) of second-type scheduling information, the second-type scheduling information of the first reference signal is one of the T1 piece(s) of second-type scheduling information, T1 is a positive integer; or,

89

the first processor transmits a first reference signal;

wherein

the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s), the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s), multi-antenna related processing(s) of K first sub-signal(s) is(are) respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s), the K first sub-signal(s) is(are) a subset of the P first sub-signal(s), P is a positive integer, K is a positive integer no greater than the P, the first field of the first signaling is used for identifying the first reference signal.

'230 Patent at 50:55-51:62.

177.    The Lenovo Accused Products implement at least Claim 9 of the '230 Patent.

178.    As shown below, the Lenovo Accused Products comprise a UE for wireless communication:

90



### 4.2.3    Non-roaming reference architecture

Figure 4.2.3-1 depicts the non-roaming reference architecture. Service-based interfaces are used within the Control Plane.

**Figure 4.2.3-1: 5G System architecture**

**Source**: 23.501

3GPP TS 23.501 version 15.12.0 "System architecture for the 5G System (5GS)."[112]

179.    As shown below, the UE comprises a first receiver, receiving a first signaling and a second signaling and a first processor, operating a first radio signal:

```
6.3.2    Radio resource control information elements
    ...

BWP-Uplink ::=              SEQUENCE {
    bwp-Id                     BWP-Id,
    bwp-Common                 BWP-UplinkCommon                    OPTIONAL,   -- Cond SetupOtherBWP
    bwp-Dedicated              BWP-UplinkDedicated                 OPTIONAL,   -- Cond SetupOtherBWP
    ...
}

    ...

BWP-UplinkDedicated ::=     SEQUENCE {
    pucch-Config               SetupRelease { PUCCH-Config }            OPTIONAL,   -- Need M
    pusch-Config               SetupRelease { PUSCH-Config }            OPTIONAL,   -- Need M
    configuredGrantConfig      SetupRelease { ConfiguredGrantConfig }   OPTIONAL,   -- Need M
    srs-Config                 SetupRelease { SRS-Config }              OPTIONAL,   -- Need M

    ...

SRS-Config ::=             SEQUENCE {
    srs-ResourceSetToReleaseList  SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSetId  OPTIONAL,   -- Need N
    srs-ResourceSetToAddModList   SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSet     OPTIONAL,   -- Need N
    srs-ResourceToReleaseList     SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-ResourceId         OPTIONAL,   -- Need N
    srs-ResourceToAddModList      SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-Resource           OPTIONAL,   -- Need N
    tpc-Accumulation              ENUMERATED {disabled}                                               OPTIONAL,   -- Need S
    ...
}
```

**Source**: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[113]

---

[112] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/15.12.00_60/ts_123501v151200p.pdf
[113] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf

### 7.3.1.1.2        Format 0_1

DCI format 0_1 is used for the scheduling of PUSCH in one cell.

**Source**: 38.212

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding."[114]

180.    As shown below, the first signaling comprises a first field and the second signaling comprises a second field:

```
6.3.2    Radio resource control information elements
  ...
  BWP-Uplink ::=            SEQUENCE {
    bwp-Id                    BWP-Id,
    bwp-Common                BWP-UplinkCommon       OPTIONAL,   -- Cond SetupOtherBWP
    bwp-Dedicated             BWP-UplinkDedicated    OPTIONAL,   -- Cond SetupOtherBWP
    ...
  }
```

**Source**: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[115]

### 7.3.1.1.2        Format 0_1

DCI format 0_1 is used for the scheduling of PUSCH in one cell.

...

- Bandwidth part indicator – 0, 1 or 2 bits as determined by the number of UL BWPs $n_{BWP,RRC}$ configured by higher layers, excluding the initial UL bandwidth part. The bitwidth for this field is determined as $\lceil \log_2(n_{BWP}) \rceil$ bits, where

**Source**: 38.212

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding."[116]

181.    As shown below, the second signaling comprises first-type scheduling information of the first radio signal:

---

[114] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

[115] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf

[116] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

7.3.1.1.2        Format 0_1

DCI format 0_1 is used for the scheduling of PUSCH in one cell.

...

- Time domain resource assignment – 0, 1, 2, 3, or 4 bits as defined in Subclause 6.1.2.1 of [6, TS38.214]. The bitwidth for this field is determined as $\lceil \log_2(I) \rceil$ bits, where $I$ is the number of entries in the higher layer parameter *pusch-TimeDomainAllocationList* if the higher layer parameter is configured; otherwise $I$ is the number of entries in the default table.

- Frequency hopping flag – 0 or 1 bit:

  - 0 bit if only resource allocation type 0 is configured or if the higher layer parameter *frequencyHopping* is not configured;

  - 1 bit according to Table 7.3.1.1.1-3 otherwise, only applicable to resource allocation type 1, as defined in Subclause 6.3 of [6, TS 38.214].

- Modulation and coding scheme – 5 bits as defined in Subclause 6.1.4.1 of [6, TS 38.214]

- New data indicator – 1 bit

- Redundancy version – 2 bits as defined in Table 7.3.1.1.1-2

- HARQ process number – 4 bits

**Source**: 38.212

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding."[117]

182.    As shown below, the first field of the first signaling and the second field of the second signaling are jointly used for determining whether the first radio signal is related to the first signaling and the operating is receiving, or the operating is transmitting:

6.1.1.2        Non-Codebook based UL transmission

For non-codebook based transmission, PUSCH can be scheduled by DCI format 0_0, DCI format 0_1 or semi-statically configured to operate according to Subclause 6.1.2.3. The UE can determine its PUSCH precoder and transmission rank based on the SRI when multiple SRS resources are configured, where the SRI is given by the SRS resource indicator in DCI according to subclause 7.3.1.1.2 of [5, 38.212], or the SRI is given by *srs-ResourceIndicator* according to subclause 6.1.2.3. The UE shall use one or multiple SRS resources for SRS transmission, where, in a SRS resource set, the maximum number of SRS resources which can be configured to the UE for simultaneous transmission in the same

...

The UE shall transmit PUSCH using the same antenna ports as the SRS port(s) in the SRS resource(s) indicated by SRI(s) given by DCI format 0_1 or by *configuredGrantConfig* according to subclause 6.1.2.3, where the SRS port in $(i+1)$-th SRS resource in the SRS resource set is indexed as $p_i = 1000 + i$.

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[118]

---

[117] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[118] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/

93

## 12    Bandwidth part operation

...

- for each information field in the received DCI format 0_1 or DCI format 1_1

  - if the size of the information field is smaller than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE prepends zeros to the information field until its size is the one required for the interpretation of the information field for the UL BWP or DL BWP prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

  - if the size of the information field is larger than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE uses a number of least significant bits of DCI format 0_1 or DCI format 1_1 equal to the one required for the UL BWP or DL BWP indicated by bandwidth part indicator prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

- set the active UL BWP or DL BWP to the UL BWP or DL BWP indicated by the bandwidth part indicator in the DCI format 0_1 or DCI format 1_1, respectively

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[119]

183.    As shown below, the first processor transmits a first reference signal; wherein the first field of the first signaling and the second field of the second signaling are jointly used for determining that the first radio signal is related to the first signaling:

### 6.1.1.2    Non-Codebook based UL transmission

For non-codebook based transmission, PUSCH can be scheduled by DCI format 0_0, DCI format 0_1 or semi-statically configured to operate according to Subclause 6.1.2.3. The UE can determine its PUSCH precoder and transmission rank based on the SRI when multiple SRS resources are configured, where the SRI is given by the SRS resource indicator in DCI according to subclause 7.3.1.1.2 of [5, 38.212], or the SRI is given by *srs-ResourceIndicator* according to subclause 6.1.2.3. The UE shall use one or multiple SRS resources for SRS transmission, where, in a SRS resource set, the maximum number of SRS resources which can be configured to the UE for simultaneous transmission in the same symbol and the maximum number of SRS resources are UE capabilities. The SRS resources transmitted simultaneously occupy the same RBs. Only one SRS port for each SRS resource is configured. Only one SRS resource set can be configured with higher layer parameter *usage* in *SRS-ResourceSet* set to 'nonCodebook'. The maximum number of SRS resources that can be configured for non-codebook based uplink transmission is 4. The indicated SRI in slot $n$ is associated with the most recent transmission of SRS resource(s) identified by the SRI, where the SRS transmission is prior to the PDCCH carrying the SRI.

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[120]

---

[119] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[120] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/

94

## 12    Bandwidth part operation

...

- for each information field in the received DCI format 0_1 or DCI format 1_1

    - if the size of the information field is smaller than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE prepends zeros to the information field until its size is the one required for the interpretation of the information field for the UL BWP or DL BWP prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

    - if the size of the information field is larger than the one required for the DCI format 0_1 or DCI format 1_1 interpretation for the UL BWP or DL BWP that is indicated by the bandwidth part indicator, respectively, the UE uses a number of least significant bits of DCI format 0_1 or DCI format 1_1 equal to the one required for the UL BWP or DL BWP indicated by bandwidth part indicator prior to interpreting the DCI format 0_1 or DCI format 1_1 information fields, respectively

- set the active UL BWP or DL BWP to the UL BWP or DL BWP indicated by the bandwidth part indicator in the DCI format 0_1 or DCI format 1_1, respectively

**Source**: 38.213

3GPP TS 38.213 version 15.5.0.[121]

184.    As shown below, the first signaling is used for determining second-type scheduling information of the first reference signal, the first reference signal comprises P first sub-signal(s):

### 6.3.2    Radio resource control information elements

...

```
SRS-Config ::=                        SEQUENCE {
    srs-ResourceSetToReleaseList          SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSetId   OPTIONAL,   -- Need N
    srs-ResourceSetToAddModList           SEQUENCE (SIZE(1..maxNrofSRS-ResourceSets)) OF SRS-ResourceSet     OPTIONAL,   -- Need N
    srs-ResourceToReleaseList             SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-ResourceId         OPTIONAL,   -- Need N
    srs-ResourceToAddModList              SEQUENCE (SIZE(1..maxNrofSRS-Resources)) OF SRS-Resource           OPTIONAL,   -- Need N
    tpc-Accumulation                      ENUMERATED {disabled}                                              OPTIONAL,   -- Need S
    ...
}
```

**Source**: 38.331

### 6.3.2    Radio resource control information elements

...

```
SRS-Resource ::=                      SEQUENCE {
    srs-ResourceId                        SRS-ResourceId,
    nrofSRS-Ports                         ENUMERATED {port1, ports2, ports4},
    ptrs-PortIndex                        ENUMERATED {n0, n1 }
    transmissionComb                      CHOICE {
        n2                                    SEQUENCE {
            combOffset-n2                         INTEGER (0..1),
            cyclicShift-n2                        INTEGER (0..7)
        },
        n4                                    SEQUENCE {
            combOffset-n4                         INTEGER (0..3),
            cyclicShift-n4                        INTEGER (0..11)
        }
    },
    resourceMapping                       SEQUENCE {
        startPosition                         INTEGER (0..5),
        nrofSymbols                           ENUMERATED {n1, n2, n4},
        repetitionFactor                      ENUMERATED {n1, n2, n4}
    },
    freqDomainPosition                    INTEGER (0..67),
    freqDomainShift                       INTEGER (0..268),
    freqHopping                           SEQUENCE {
        c-SRS                                 INTEGER (0..63),
        b-SRS                                 INTEGER (0..3),
        b-hop                                 INTEGER (0..3)
    },
```

**Source**: 38.331

---

[121] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

95

Source: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[122]

185.    As shown below, the P first sub-signal(s) is(are) transmitted respectively by P first-type antenna port(s), the first radio signal comprises K radio sub-signal(s), the K radio sub-signal(s) is(are) transmitted respectively by K second-type antenna port(s):

Source: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[123]

Source: 38.214

3GPP TS 38.214 version 15.5.0.[124]

---

[122] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[123] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[124] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/

### 6.3.1.5    Precoding

The block of vectors $\left[ y^{(0)}(i) \quad \ldots \quad y^{(v-1)}(i) \right]^T$, $i=0,1,\ldots,M_{symb}^{layer}-1$ shall be precoded according to

$$\begin{bmatrix} z^{(p_0)}(i) \\ \vdots \\ z^{(p_{\rho-1})}(i) \end{bmatrix} = W \begin{bmatrix} y^{(0)}(i) \\ \vdots \\ y^{(v-1)}(i) \end{bmatrix}$$

where $i=0,1,\ldots,M_{symb}^{ap}-1$, $M_{symb}^{ap} = M_{symb}^{layer}$. The set of antenna ports $\{p_0,\ldots,p_{\rho-1}\}$ shall be determined according to the procedure in [6, TS 38.214].

**Source**: 38.211

3GPP TS 38.211 version 15.8.0 "Physical channels and modulation,"[125]

186.    As shown below, multi-antenna related processing(s) of K first sub-signal(s) is(are)

respectively used for determining multi-antenna related processing(s) of the K radio sub-signal(s):

### 6.1.1.2    Non-Codebook based UL transmission

For non-codebook based transmission, PUSCH can be scheduled by DCI format 0_0, DCI format 0_1 or semi-statically configured to operate according to Subclause 6.1.2.3. The UE can determine its PUSCH precoder and transmission rank based on the SRI when multiple SRS resources are configured, where the SRI is given by the SRS resource indicator in DCI according to subclause 7.3.1.1.2 of [5, 38.212], or the SRI is given by *srs-ResourceIndicator* according to subclause 6.1.2.3. The UE shall use one or multiple SRS resources for SRS transmission, where, in a SRS resource set, the maximum number of SRS resources which can be configured to the UE for simultaneous transmission in the same symbol and the maximum number of SRS resources are UE capabilities. The SRS resources transmitted simultaneously

...

The UE shall transmit PUSCH using the same antenna ports as the SRS port(s) in the SRS resource(s) indicated by SRI(s) given by DCI format 0_1 or by *configuredGrantConfig* according to subclause 6.1.2.3, where the SRS port in $(i+1)$-th SRS resource in the SRS resource set is indexed as $p_i = 1000 + i$.

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[126]

187.    As shown below, the K first sub-signal(s) is(are) a subset of the P first sub-signal(s),

P is a positive integer, and K is a positive integer no greater than the P:

### 6.1.1.2    Non-Codebook based UL transmission
...

The UE shall transmit PUSCH using the same antenna ports as the SRS port(s) in the SRS resource(s) indicated by SRI(s) given by DCI format 0_1 or by *configuredGrantConfig* according to subclause 6.1.2.3, where the SRS port in $(i+1)$-th SRS resource in the SRS resource set is indexed as $p_i = 1000 + i$.

**Source**: 38.214

3GPP TS 38.214 version 15.5.0.[127]

---

[125] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/
[126] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/
[127] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.214/

**6.3.2    Radio resource control information elements**

...

```
SRS-ResourceSet ::=                    SEQUENCE {
    srs-ResourceSetId                      SRS-ResourceSetId,
    srs-ResourceIdList                     SEQUENCE (SIZE(1..maxNrofSRS-ResourcesPerSet)) OF SRS-ResourceId    OPTIONAL, -- Cond Setup
```

**Source**: 38.331

3GPP TS 38.331 version 15.8.0 "Radio Resource Control (RRC); Protocol Specification."[128]

**7.3.1.1.2        Format 0_1**

...

- SRS resource indicator – $\left\lceil \log_2\left( \sum_{k=1}^{\min\{L_{max},N_{SRS}\}}\binom{N_{SRS}}{k} \right) \right\rceil$ or $\lceil \log_2(N_{SRS}) \rceil$ bits, where $N_{SRS}$ is the number of

configured SRS resources in the SRS resource set associated with the higher layer parameter *usage* of value
'*codeBook*' or '*nonCodeBook*',

**Source**: 38.212

3GPP TS 38.212 version 15.5.0 "Multiplexing and channel coding,"[129]

188.    Based on the above Lenovo directly infringes at least claims 1 and 9 of the '230 Patent.

189.    In addition to direct infringement by making, using, offering to sell, selling, and/or importing the Lenovo Accused Products, Lenovo indirectly infringes the '230 Patent claims.

190.    Lenovo has indirectly infringed and continues to indirectly infringe the '230 Patent by inducing third parties to directly infringe that patent.

191.    Lenovo had actual knowledge of the '230 Patent at least as of its receipt of Plaintiff's letter on March 28, 2023, and continues to import, make, use, sell, and/or offer for sale the Lenovo Accused Products. At the very latest, Lenovo had actual knowledge of the '230 Patent and of its infringement of that patent as of the date of this Complaint.  Where acts constituting direct infringement of the '230 Patent are not performed by Lenovo, such acts constituting direct infringement of the '230 Patent are performed by Lenovo's customers or end-users who act at the direction and/or control of Lenovo, with Lenovo's knowledge.

---

[128] Available at https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/15.08.00_60/ts_138300v150800p.pdf
[129] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

192.    Lenovo knows that the use of the Lenovo Accused Products on a 5G network constitutes infringement of the '230 Patent.

193.    Lenovo advertises the infringing products and services, publishes specifications and promotional literature encouraging customers to operate the accused products and services, creates and/or distributes user manuals for the accused products and services that provide instruction and/or encourage infringing use, and offers support and/or technical assistance to its customers that provide instructions on and/or encourage infringing use.

194.    Lenovo encourages and facilitates its customers to infringe the '230 Patent by instructing customers that purchase the Lenovo Accused Products that such devices have voice calling capability and internet connection capability using 5G cellular networks, and providing various indicators within those devices of the same.

195.    For instance, Lenovo provides its customers with a user guide for each of the Lenovo Accused Products. The user guide includes instructions on how to make a phone call as shown in the example below:

**NETWORK**

Connected to cellular/mobile network (full signal). Speed of your network connection is also shown. Possible speeds, from slowest to fastest, are 3G, H, H+, 4G, 5G. Available speeds depend on your carrier and your location.

[130]

---

[130] https://help.motorola.com/hc/7166/16/pdf/help-motorola-edge-2025-16-na-en-us.pdf

## Make calls

### Make a call

1.   Open the Phone app 📞.

2.   Tap ⠿ and enter a number.

3.   If you enter a wrong number, tap ⌫.

4.   Tap 📞 to call the number.

5.   To hang up, tap 🔴.

### Other ways to make calls

You can place calls from:

*   The Phone app 📞

*   The Contacts app 👤

*   The Gemini app ✦

*   Other apps that show contact information. Wherever you see a phone number, you can usually touch it to dial.

### Return a recent call

In the Phone app 📞, tap 🏠 > **All**, then tap 📞 next to the number.                    [131]

**Chapter 2.  Get started with your computer . . . . . . . . . . . . . . 11**
Get started with your desktop  . . . . . . . . . 11
    Launch an app   . . . . . . . . . . . . 11
    Launch settings . . . . . . . . . . . . 11
    Get support   . . . . . . . . . . . . . 11
Manage networks . . . . . . . . . . . . . . 11
    Connect to Wi-Fi networks. . . . . . . . . 12
    Connect to a cellular network (for selected models of ThinkPad P16s Gen 4) . . . . . . 12 [132]

## Connect to a cellular network (for selected models of ThinkPad P16s Gen 4)

To connect a 4G or 5G cellular data network, you must have a wireless wide area network (WWAN) card and a nano-SIM card installed. The nano-SIM card might come with your computer by countries or regions. If no nano-SIM card is shipped, you need to purchase one from authorized service carriers.                    [133]

---

[131] *Id.*

[132] https://download.lenovo.com/pccbbs/mobiles_pdf/p14s_g6_p16s_g4_linux_ug.pdf

[133] *Id.*



196.    Using a Lenovo Accused Product to make a phone call or connect to the Internet on a 5G-supported wireless carrier network results in infringement of the '230 Patent.

197.    Plaintiff is informed and believes, and on that basis alleges, that Lenovo indirectly infringes at least claims 1 and 9 of the '230 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, importing, supplying, distributing, selling, and/or offering for sale the Lenovo Accused Products to its customers with the knowledge and intent that use of those products would constitute direct infringement of the '230 Patent.  Lenovo has induced, and continues to induce, direct infringement of the '230 Patent by customers, importers, sellers, resellers, and/or end users of the Lenovo Accused Products.

198.    End users of the Lenovo Accused Products, pursuant to Lenovo's instructions, indicators, and advertisements, thus each directly infringe the '230 Patent.

---

[134] https://en-us.support.motorola.com/app/answers/detail/a_id/192189/~/user-guide-%28html%29-%7C-motorola-razr-fold---2026

199.    Lenovo also indirectly infringes by contributing to the infringement of, and continuing to contribute to the infringement of, one or more claims of the '230 Patent under 35 U.S.C. § 271(c) and/or 271(f) by selling, offering for sale, and/or importing into the United States, the Lenovo Accused Products. Lenovo knew at least as of its receipt of Plaintiff's letter on March 28, 2023, that the accused products and/or services include hardware components and software instructions that work in concert to perform specific, intended functions. Such specific, intended functions, carried out by these hardware and software combinations, are a material part of the inventions of the '230 Patent and are not staple articles of commerce suitable for substantial non-infringing use.

200.    The acts of infringement by Lenovo have caused damage to Plaintiff, and Plaintiff is entitled to recover from Lenovo damages sustained by Plaintiff as a result of Lenovo's wrongful acts in an amount subject to proof at trial. The infringement of the '230 Patent by Lenovo has damaged and will continue to damage Plaintiff.

201.    Lenovo had actual knowledge of, or was willfully blind to, the existence of the '230 Patent and Lenovo's infringement of the '230 Patent before the filing of this Complaint and at least as early as March 28, 2023, when it received Plaintiff's letter.

202.    Despite this knowledge, Lenovo continued its infringing activities despite an objectively high likelihood that its activities constituted infringement of a valid patent, and this risk was either known or obvious that it should have been known to Lenovo. Thus, Lenovo's infringement has been, and continues to be, willful and deliberate.

## COUNT IV: INFRINGEMENT OF U.S. PATENT NO. 11,419,108

203.    Plaintiff hereby incorporates by reference and re-alleges the foregoing paragraphs as if fully set forth herein.

204.    On August 16, 2022, the United States Patent and Trademark Office ("USPTO") duly and legally issued the '108 Patent, titled "Method and Device in UE and Base Station for Wireless Communication." Dido is the owner by assignment of the '108 Patent. A true and correct copy of the '108 Patent is attached as Exhibit 4.

205.    Pursuant to 35 U.S.C. § 282, the '108 Patent is presumed valid.

206.    The '108 Patent is generally directed toward an improvement in wireless communication technology. Low latency is a fundamental advantage of 5G/NR compared to 4G. Reducing the delay between PDSCH and HARQ-ACK plays a key role for 5G/NR low latency requirement. The '108 Patent proposes a new HARQ-ACK codebook mechanism to ensure the low latency QoS demand, which can significantly improve the user's experience.

207.    The '108 Patent is not directed to conventional or well-known wireless communication technology. Rather, the '108 Patent improves on existing wireless communication technology. In this regard, the '108 Patent teaches:

> The inventors have found through researches that in the case of multiple TRPs serving a UE at the same time, uplink transmission for multiple TRPs needs to be transmitted with a correct beamforming vector to ensure that it can be received correctly by a corresponding TRP. When uplink data and uplink control information for different TRPs conflict in time domain, whether the uplink control information for another TRP can be carried on a physical layer data channel for one TRP needs to be determined according to transmitting beams of two TRPs; otherwise, a reception of the uplink control information will fail, or an extra delay is incurred due to the uplink control information needs to be transmitted from one TRP to another TRP.

> In view of the above problem, the present disclosure provides a solution. It should be noted that although the initial motivation of the present disclosure is for multi-TRP transmission, the present disclosure is also applicable to single-TRP transmission. It should be noted that the embodiments of a User Equipment in the present disclosure and the characteristics in the embodiments may be applied to a base station if no conflict is incurred, and vice versa. The embodiments of the present disclosure and the characteristics of the embodiments may be mutually combined if no conflict is incurred.

103

…

In one embodiment, the present disclosure has the following advantages over conventional schemes:

when uplink data and uplink control information conflict in time domain, according to their respective beam directions to determine whether to carry uplink control information on a physical layer channel carrying uplink data, which avoids the decline in reception quality of control information incurred by transmitting uplink control information for another TRP with a beam for one TRP, and avoids an extra reception delay incurred by the fact that uplink control information needs to be transmitted from one TRP to another TRP.

'108 Patent at 1:49-2:5; 7:28-39.

208.   The claims of the '108 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.

209.   The prosecution history of the '108 Patent further indicates that it differs from conventional wireless communication technology.  For example, the Examiner allowed the claims because "the prior art does not teach the limitation 'when the first time-frequency resource and the second time-frequency resource belong to a same time-frequency resource pool among the N2 time-frequency resource pools, the target time-frequency resource is the first time-frequency resource; when the first time-frequency resource and the second time-frequency resource belong to different time-frequency resource pools among the N2 time-frequency resource pool, the target time-frequency resource is the second time-frequency resource.'"  April 13, 2022 Notice of Allowance at 4.

210.   Plaintiff holds all rights, title, and interest in and to the '108 Patent, including the right to bring this suit and recover all past, present and future damages for infringement of the '108 Patent.  Lenovo is not licensed to the '108 Patent, either expressly or implicitly, nor does it enjoy or benefit from any other rights in or to the '108 Patent whatsoever.  As such, Lenovo's infringement described below has injured, and continues to injure, Plaintiff.

211.    On information and belief, Lenovo has directly infringed and continues to directly infringe the '108 Patent by, for example, making, using, offering to sell, selling, and/or importing into the United States without authority, products, equipment, software, and/or services that practice one or more claims of the '108 Patent, including without limitation the Lenovo Accused Products, and other devices with 5G capabilities compliant with the 5G Standard.

212.    The '108 Patent is essential to the 5G Standard.

213.    On information and belief, Lenovo tests, or directs or controls others to test, the Lenovo Accused Products to ensure they include hardware and software compliant with the 5G Standard, and the Lenovo Accused Products do conform to and implement technical specifications of the 5G Standard, including the portions of the specifications referenced below.

214.    Each of the Lenovo Accused Products include hardware and/or software components that implement and support the 5G Standard. For example, hardware and/or software components comprising the Lenovo Accused Products are publicly identified as supporting the 5G Standard. As such, Lenovo necessarily infringes the '108 Patent. As shown below, the Lenovo Accused Products infringe at least claims 1 and 11 of the '108 Patent by virtue of their compatibility with and practice of the 3GPP 5G Standard. As shown below, this functionality is described in the portions of the 3GPP 5G Standard implemented in the Lenovo Accused Products, including but not limited to 3GPP TS 38.211 version 16.8.0 "Physical channels and modulation,"[135] 3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding,"[136] 3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control,"[137] 3GPP TS 38.321 version 16.7.0 "Medium Access Control (MAC) protocol specification,"[138] 3GPP TS 38.331 version 16.7.0 "Radio Resource Control (RRC)

---

[135] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/
[136] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[137] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[138] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/

protocol specification,"[139] and 3GPP TS 23.501 version 16.5.0 "System architecture for the 5G System (5GS)."[140]

215.    The Lenovo Accused Products include, for example, the Razr Fold, which has a Qualcomm Snapdragon 8 Gen 5 processor with a Release 17 5G modem backwards compatible to Release 16, the Motorola Edge 2025 with a MediaTek Dimensity 7400 Processor with a Release 16 5G modem, and the Lenovo ThinkPad T16 Gen 4 with an optional Release 16 5G modem:



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my



Source: https://www.motorola.com/us/en/p/phones/razr/motorola-razr-fold/pmipmjj43my

---

[139] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.331/
[140] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/16.05.00_60/ts_123501v160500p.pdf



Source: https://www.qualcomm.com/modems/products/snapdragon-x80-5g-modem-rf-system



Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.lenovo.com/us/en/p/phones/motorola-smartphones/motorola-edge/edge-gen-6/pb7a0004us



Source: https://www.mediatek.com/products/smartphones/mediatek-dimensity-7400



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs



Source: https://www.lenovo.com/us/en/p/laptops/thinkpad/thinkpadt/thinkpad-t16-gen-4-16-inch-intel-lunar-lake/22awcto1wwus1#tech_specs

216.    For example, the Lenovo Accused Products embody, practice and/or are capable of practicing claims 1 and 11 of the '108 Patent, which are directed to a method in a UE for wireless communication and a UE for wireless communication, respectively. The following paragraphs provide details regarding examples of Lenovo's infringement, and only as to two patent claims.

Plaintiff reserves its right to provide greater detail and scope via its Infringement Contentions at the time required under any applicable scheduling order.

217.    Claim 1 of the '108 Patent states:

1. A method in a User Equipment (UE) for wireless communication, comprising:

receiving second downlink information;

receiving a first signaling and a second signaling; and

transmitting first reporting information in a target time-frequency resource, the target time-frequency resource being one of a first time-frequency resource and a second time-frequency resource;

wherein the second downlink information indicates N2 time-frequency resource pools, the N2 being a positive integer greater than 1, and a time-frequency resource pool comprises a positive integer number of Resource Elements; the first signaling and the second signaling are respectively used to determine a first antenna port group and a second antenna port group; the first antenna port group and the second antenna port group are respectively applicable to the first time-frequency resource and the second time-frequency resource; an antenna port group comprises a positive integer number of antenna port(s); the first time-frequency resource and the second time-frequency resource are used for determining the target time-frequency resource from the first time-frequency resource and the second time-frequency resource; when the first time-frequency resource and the second time-frequency resource belong to a same time-frequency resource pool among the N2 time-frequency resource pools, the target time-frequency resource is the first time-frequency resource;

110

when the first time-frequency resource and the second time-frequency resource belong to different time-frequency resource pools among the N2 time-frequency resource pool, the target time-frequency resource is the second time-frequency resource.

'108 Patent at 43:12-44.

218.    The Lenovo Accused Products implement at least Claim 1 of the '108 Patent.

219.    As shown below, Lenovo, using the Lenovo Accused Products, performs a method in a User Equipment (UE) for wireless communication:



4.2.3    Non-roaming reference architecture

Figure 4.2.3-1 depicts the non-roaming reference architecture. Service-based interfaces are used within the Control Plane.

Figure 4.2.3-1: 5G System architecture

Source: 23.501

3GPP TS 23.501 version 16.5.0 "System architecture for the 5G System (5GS)."[141]

220.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes receiving second downlink information:

---

[141] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/16.05.00_60/ts_123501v160500p.pdf

```
6.3.2    Radio resource control information elements
    ...

BWP-Uplink ::=                  SEQUENCE {
    bwp-Id                          BWP-Id,
    bwp-Common                      BWP-UplinkCommon                        OPTIONAL,   -- Cond SetupOtherBWP
    bwp-Dedicated                   BWP-UplinkDedicated                     OPTIONAL,   -- Cond SetupOtherBWP
    ...
}

    ...

BWP-UplinkDedicated ::=         SEQUENCE {
    pucch-Config                    SetupRelease { PUCCH-Config }           OPTIONAL,   -- Need M
    pusch-Config                    SetupRelease { PUSCH-Config }           OPTIONAL,   -- Need M
    configuredGrantConfig           SetupRelease { ConfiguredGrantConfig }  OPTIONAL,   -- Need M
    srs-Config                      SetupRelease { SRS-Config }             OPTIONAL,   -- Need M
    ...

    pucch-ConfigurationList-r16     SetupRelease { PUCCH-ConfigurationList-r16 }        OPTIONAL,   -- Need M
```

**Source**: 38.331

3GPP TS 38.331 version 16.7.0 "Radio Resource Control (RRC) protocol specification."[142]

221.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes receiving a first signaling and a second signaling:

## 9.2.3    UE procedure for reporting HARQ-ACK

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[143]

---

[142] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.331/
[143] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

222.    As shown below, the method performed by Lenovo using the Lenovo Accused Products includes transmitting first reporting information in a target time-frequency resource, the target time-frequency resource being one of a first time-frequency resource and a second time-frequency resource:

### 9.2.3    UE procedure for reporting HARQ-ACK

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[144]

7.3.1.2    DCI formats for scheduling of PDSCH

...

7.3.1.2.1    Format 1_0

DCI format 1_0 is used for the scheduling of PDSCH in one DL cell.
...
-   PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]
...

7.3.1.2.2    Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.
...
-   PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]
...

7.3.1.2.3    Format 1_2

DCI format 1_2 is used for the scheduling of PDSCH in one cell.
...
-   PUCCH resource indicator – 0 or 1 or 2 or 3 bits determined by higher layer parameter *numberOfBitsForPUCCH-ResourceIndicatorDCI-1-2*

**Source**: 38.212

---

[144] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

113

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[145]

223.    As shown below, the second downlink information indicates N2 time-frequency resource pools, the N2 being a positive integer greater than 1:

```
6.3.2    Radio resource control information elements
    ...

    BWP-Uplink ::=                    SEQUENCE {
        bwp-Id                            BWP-Id,
        bwp-Common                        BWP-UplinkCommon                    OPTIONAL,   -- Cond SetupOtherBWP
        bwp-Dedicated                     BWP-UplinkDedicated                 OPTIONAL,   -- Cond SetupOtherBWP
        ...
    }

    ...

    BWP-UplinkDedicated ::=           SEQUENCE {
        pucch-Config                      SetupRelease { PUCCH-Config }                   OPTIONAL,   -- Need M
        pusch-Config                      SetupRelease { PUSCH-Config }                   OPTIONAL,   -- Need M
        configuredGrantConfig             SetupRelease { ConfiguredGrantConfig }          OPTIONAL,   -- Need M
        srs-Config                        SetupRelease { SRS-Config }                     OPTIONAL,   -- Need M
        ...
        pucch-ConfigurationList-r16       SetupRelease { PUCCH-ConfigurationList-r16 }              OPTIONAL,   -- Need M

    ...

                                        PUCCH-ConfigurationList Information element

-- ASN1START
-- TAG-PUCCH-CONFIGURATIONLIST-START

PUCCH-ConfigurationList-r16 ::=    SEQUENCE (SIZE (1..2)) OF PUCCH-Config

-- TAG-PUCCH-CONFIGURATIONLIST-STOP
```

**Source**: 38.331

3GPP TS 38.331 version 16.7.0 "Radio Resource Control (RRC) protocol specification."[146]

224.    As shown below, a time-frequency resource pool comprises a positive integer number of Resource Elements:

6.3.2    Physical uplink control channel
    ...
6.3.2.3        PUCCH format 0
    ...
6.3.2.3.2        Mapping to physical resources

The sequence $x(n)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH},0}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $x(0)$ to resource elements $(k,l)_{p,\mu}$ assigned

    ...
6.3.2.4        PUCCH format 1
    ...
6.3.2.4.2        Mapping to physical resources

The sequence $z(n)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH},1}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $z(n)$ to resource elements $(k,l)_{p,\mu}$ which meet

**Source**: 38.211

---

[145] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[146] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.331/

3GPP TS 38.211 version 16.8.0 "Physical channels and modulation."[147]

6.3.2     Physical uplink control channel

...

6.3.2.5          PUCCH format 2

...

6.3.2.5.3          Mapping to physical resources

The block of complex-valued symbols $z(0), \ldots, z(N_{SF}^{PUCCH,2} M_{symb} - 1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUCCH,2}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $z(0)$ to resource elements $(k, l)_{p,\mu}$ which meet all of the following criteria:

...

6.3.2.6          PUCCH formats 3 and 4

...

6.3.2.6.5          Mapping to physical resources

The block of modulation symbols $z(0), \ldots, z(N_{SF}^{PUCCH,s} M_{symb} - 1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUCCH,s}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $z(0)$ to resource elements $(k, l)_{p,\mu}$ which meet all of the following criteria:

**Source**: 38.211

3GPP TS 38.211 version 16.8.0 "Physical channels and modulation."[148]

225.     As shown below, the first signaling and the second signaling are respectively used to determine a first antenna port group and a second antenna port group; the first antenna port group and the second antenna port group are respectively applicable to the first time-frequency resource and the second time-frequency resource; an antenna port group comprises a positive integer number of antenna port(s):

---

[147] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/
[148] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/

### 9.2.3      UE procedure for reporting HARQ-ACK

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[149]

### 6.1.3.18      PUCCH spatial relation Activation/Deactivation MAC CE

...

- $S_i$: If, in *PUCCH-Config* in which the PUCCH Resource ID is configured, there is a PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* as specified in TS 38.331 [5], configured for the uplink bandwidth part indicated by BWP ID field, $S_i$ indicates the activation status of PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* equal to i + 1, otherwise MAC entity shall ignore this field. The $S_i$ field is set to 1 to indicate PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* equal to i + 1 shall be activated. The $S_i$ field is set to 0 to indicate PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* equal to i + 1 shall be deactivated. Only a single PUCCH Spatial Relation Info can be active for a PUCCH Resource at a time;

**Source**: 38.321

3GPP TS 38.321 version 16.7.0 "Medium Access Control (MAC) protocol specification."[150]

---

[149] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[150] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/

116

## 6.3.2    Radio resource control information elements

```
...
PUCCH-SpatialRelationInfo ::=        SEQUENCE {
    pucch-SpatialRelationInfoId          PUCCH-SpatialRelationInfoId,
    servingCellId                        ServCellIndex
    referenceSignal                      CHOICE {
        ssb-Index                            SSB-Index,
        csi-RS-Index                         NZP-CSI-RS-ResourceId,
        srs                                  PUCCH-SRS
    },
...
NZP-CSI-RS-Resource ::=              SEQUENCE {
    nzp-CSI-RS-ResourceId                NZP-CSI-RS-ResourceId,
    resourceMapping                      CSI-RS-ResourceMapping,
    ...

CSI-RS-ResourceMapping ::=           SEQUENCE {
    frequencyDomainAllocation            CHOICE {
        row1                                 BIT STRING (SIZE (4)),
        row2                                 BIT STRING (SIZE (12)),
        row4                                 BIT STRING (SIZE (3)),
        other                                BIT STRING (SIZE (6))
    },
    nrofPorts                            ENUMERATED {p1,p2,p4,p8,p12,p16,p24,p32},
```

**Source**: 38.331

3GPP TS 38.331 version 16.7.0 "Radio Resource Control (RRC) protocol specification."[151]

226.    As shown below, the first time-frequency resource and the second time-frequency resource are used for determining the target time-frequency resource from the first time-frequency resource and the second time-frequency resource:

## 9    UE procedure for reporting control information

...

- if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission

## 9.1    HARQ-ACK codebook determination

If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE can be indicated by *pdsch-HARQ-ACK-CodebookList* to generate one or two HARQ-ACK codebooks. If the UE is indicated to generate one HARQ-ACK codebook, the HARQ-ACK codebook is associated with a PUCCH of priority index 0. If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE multiplexes in a same HARQ-ACK codebook only HARQ-ACK information associated with a same priority index. If the UE is indicated to generate two HARQ-ACK codebooks

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[152]

---

[151] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.331/
[152] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

117

### 9.2.3    UE procedure for reporting HARQ-ACK

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{\text{UCI}}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[153]

### 7.3.1.2    DCI formats for scheduling of PDSCH

...

#### 7.3.1.2.1    Format 1_0

DCI format 1_0 is used for the scheduling of PDSCH in one DL cell.

...

- PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]

...

#### 7.3.1.2.2    Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.

...

- PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]

...

#### 7.3.1.2.3    Format 1_2

DCI format 1_2 is used for the scheduling of PDSCH in one cell.

...

- PUCCH resource indicator – 0 or 1 or 2 or 3 bits determined by higher layer parameter *numberOfBitsForPUCCH-ResourceIndicatorDCI-1-2*

**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[154]

227.    As shown below, when the first time-frequency resource and the second time-frequency resource belong to a same time-frequency resource pool among the N2 time-frequency resource pools, the target time-frequency resource is the first time-frequency resource:

---

[153] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[154] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

## 9.1    HARQ-ACK codebook determination

If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE can be indicated by *pdsch-HARQ-ACK-CodebookList* to generate one or two HARQ-ACK codebooks. If the UE is indicated to generate one HARQ-ACK codebook, the HARQ-ACK codebook is associated with a PUCCH of priority index 0. If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE multiplexes in a same HARQ-ACK codebook only HARQ-ACK information associated with a same priority index. If the UE is indicated to generate two HARQ-ACK codebooks

- a first HARQ-ACK codebook is associated with a PUCCH of priority index 0 and a second HARQ-ACK codebook is associated with a PUCCH of priority index 1

- the UE is provided first and second for each of {*PUCCH-Config*, *UCI-OnPUSCH*, *PDSCH-codeBlockGroupTransmission*} by {*PUCCH-ConfigurationList*, *UCI-OnPUSCH-ListDCI-0-1*, *PDSCH-CodeBlockGroupTransmissionList*} or {*PUCCH-ConfigurationList*, *UCI-OnPUSCH-ListDCI-0-2*, *PDSCH-CodeBlockGroupTransmissionList*}, respectively, for use with the first and second HARQ-ACK codebooks, respectively

...

## 9.2.3    UE procedure for reporting HARQ-ACK

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[155]

228.    As shown below, when the first time-frequency resource and the second time-frequency resource belong to different time-frequency resource pools among the N2 time-frequency resource pool, the target time-frequency resource is the second time-frequency resource:

## 9    UE procedure for reporting control information

...

- if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission

...

## 9.1    HARQ-ACK codebook determination

If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE can be indicated by *pdsch-HARQ-ACK-CodebookList* to generate one or two HARQ-ACK codebooks. If the UE is indicated to generate one HARQ-ACK codebook, the HARQ-ACK codebook is associated with a PUCCH of priority index 0. If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE multiplexes in a same HARQ-ACK codebook only HARQ-ACK information associated with a same priority index. If the UE is indicated to generate two HARQ-ACK codebooks

- a first HARQ-ACK codebook is associated with a PUCCH of priority index 0 and a second HARQ-ACK codebook is associated with a PUCCH of priority index 1

- the UE is provided first and second for each of {*PUCCH-Config*, *UCI-OnPUSCH*, *PDSCH-codeBlockGroupTransmission*} by {*PUCCH-ConfigurationList*, *UCI-OnPUSCH-ListDCI-0-1*, *PDSCH-CodeBlockGroupTransmissionList*} or {*PUCCH-ConfigurationList*, *UCI-OnPUSCH-ListDCI-0-2*, *PDSCH-CodeBlockGroupTransmissionList*}, respectively, for use with the first and second HARQ-ACK codebooks, respectively

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[156]

---

[155] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[156] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

119

229.    Based on the above Lenovo directly infringes at least claim 1 of the '108 Patent.

230.    Claim 11 of the '108 Patent states:

11. A User Equipment (UE) for wireless communication, comprising:

a first receiver, receiving second downlink information, and receiving a first signaling and a second signaling; and

a first transmitter, transmitting first reporting information in a target time-frequency resource, the target time-frequency resource being one of a first time-frequency resource and a second time-frequency resource;

wherein the second downlink information indicates N2 time-frequency resource pools, the N2 being a positive integer greater than 1, and a time-frequency resource pool comprises a positive integer number of Resource Elements; the first signaling and the second signaling are respectively used to determine a first antenna port group and a second antenna port group; the first antenna port group and the second antenna port group are respectively applicable to the first time-frequency resource and the second time-frequency resource; an antenna port group comprises a positive integer number of antenna port(s); the first time-frequency resource and the second time-frequency resource are used for determining the target time-frequency resource from the first time-frequency resource and the second time-frequency resource; when the first time-frequency resource and the second time-frequency resource belong to a same time-frequency resource pool among the N2 time-frequency resource pools, the target time-frequency resource is the first time-frequency resource; when the first time-frequency resource and the second time-frequency

120

resource belong to different time-frequency resource pools among the N2 time-frequency resource pools, the target time-frequency resource is the second time-frequency resource.

231.    The Lenovo Accused Products implement at least Claim 11 of the '108 Patent.

232.    As shown below, the Lenovo Accused Products comprise a User Equipment (UE) for wireless communication:



### 4.2.3    Non-roaming reference architecture

Figure 4.2.3-1 depicts the non-roaming reference architecture. Service-based interfaces are used within the Control Plane.

**Figure 4.2.3-1: 5G System architecture**

**Source**: 23.501

3GPP TS 23.501 version 16.5.0 "System architecture for the 5G System (5GS)."[157]

233.    As shown below, the UE comprises a first receiver, receiving second downlink information, and receiving a first signaling and a second signaling:

---

[157] Available at https://www.etsi.org/deliver/etsi_ts/123500_123599/123501/16.05.00_60/ts_123501v160500p.pdf

### 6.3.2    Radio resource control information elements

...

```
BWP-Uplink ::=                    SEQUENCE {
    bwp-Id                            BWP-Id,
    bwp-Common                        BWP-UplinkCommon                     OPTIONAL,   -- Cond SetupOtherBWP
    bwp-Dedicated                     BWP-UplinkDedicated                  OPTIONAL,   -- Cond SetupOtherBWP
    ...
}

...

BWP-UplinkDedicated ::=           SEQUENCE {
    pucch-Config                      SetupRelease { PUCCH-Config }        OPTIONAL,   -- Need M
    pusch-Config                      SetupRelease { PUSCH-Config }        OPTIONAL,   -- Need M
    configuredGrantConfig             SetupRelease { ConfiguredGrantConfig }   OPTIONAL,   -- Need M
    srs-Config                        SetupRelease { SRS-Config }          OPTIONAL,   -- Need M
    ...

    pucch-ConfigurationList-r16       SetupRelease { PUCCH-ConfigurationList-r16 }    OPTIONAL,   -- Need M
```

**Source**: 38.331

3GPP TS 38.331 version 16.7.0 "Radio Resource Control (RRC) protocol specification."[158]

### 9.2.3    UE procedure for reporting HARQ-ACK

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[159]

234.    As shown below, the UE comprises a first transmitter, transmitting first reporting information in a target time-frequency resource, the target time-frequency resource being one of a first time-frequency resource and a second time-frequency resource:

---

[158] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.331/
[159] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

### 9.2.3    UE procedure for reporting HARQ-ACK

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[160]

#### 7.3.1.2    DCI formats for scheduling of PDSCH

...

##### 7.3.1.2.1    Format 1_0

DCI format 1_0 is used for the scheduling of PDSCH in one DL cell.

...
- PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]

...

##### 7.3.1.2.2    Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.

...
- PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]

...

##### 7.3.1.2.3    Format 1_2

DCI format 1_2 is used for the scheduling of PDSCH in one cell.

...
- PUCCH resource indicator – 0 or 1 or 2 or 3 bits determined by higher layer parameter *numberOfBitsForPUCCH-ResourceIndicatorDCI-1-2*

**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[161]

235.    As shown below, the second downlink information indicates N2 time-frequency resource pools, the N2 being a positive integer greater than 1:

---

[160] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[161] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/

123

## 6.3.2    Radio resource control information elements

...

```
BWP-Uplink ::=                    SEQUENCE {
    bwp-Id                            BWP-Id,
    bwp-Common                        BWP-UplinkCommon                             OPTIONAL,    -- Cond SetupOtherBWP
    bwp-Dedicated                     BWP-UplinkDedicated                          OPTIONAL,    -- Cond SetupOtherBWP
    ...
}

    ...

    BWP-UplinkDedicated ::=           SEQUENCE {
        pucch-Config                      SetupRelease { PUCCH-Config }                OPTIONAL,    -- Need M
        pusch-Config                      SetupRelease { PUSCH-Config }                OPTIONAL,    -- Need M
        configuredGrantConfig             SetupRelease { ConfiguredGrantConfig }       OPTIONAL,    -- Need M
        srs-Config                        SetupRelease { SRS-Config }                  OPTIONAL,    -- Need M
        ...

        pucch-ConfigurationList-r16       SetupRelease { PUCCH-ConfigurationList-r16 }               OPTIONAL,   -- Need M

    ...


                                    PUCCH-ConfigurationList Information element

-- ASN1START
-- TAG-PUCCH-CONFIGURATIONLIST-START

PUCCH-ConfigurationList-r16  ::=   SEQUENCE (SIZE (1..2)) OF PUCCH-Config

-- TAG-PUCCH-CONFIGURATIONLIST-STOP
```

**Source**: 38.331

3GPP TS 38.331 version 16.7.0 "Radio Resource Control (RRC) protocol specification."[162]

236.     As shown below, a time-frequency resource pool comprises a positive integer number of Resource Elements:

## 6.3.2    Physical uplink control channel

...

### 6.3.2.3     PUCCH format 0

...

#### 6.3.2.3.2      Mapping to physical resources

The sequence $x(n)$ shall be multiplied with the amplitude scaling factor $\beta_{PUCCH,0}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $x(0)$ to resource elements $(k, l)_{p,\mu}$ assigned

...

### 6.3.2.4     PUCCH format 1

...

#### 6.3.2.4.2      Mapping to physical resources

The sequence $z(n)$ shall be multiplied with the amplitude scaling factor $\beta_{PUCCH,1}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $z(n)$ to resource elements $(k, l)_{p,\mu}$ which meet

**Source**: 38.211

3GPP TS 38.211 version 16.8.0 "Physical channels and modulation."[163]

---

[162] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.331/
[163] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/

6.3.2    Physical uplink control channel
...
6.3.2.5        PUCCH format 2
...
6.3.2.5.3        Mapping to physical resources

The block of complex-valued symbols $z(0), ..., z(N_{SF}^{PUCCH,2} M_{symb} - 1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUCCH,2}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $z(0)$ to resource elements $(k, l)_{p,\mu}$ which meet all of the following criteria:

...

6.3.2.6        PUCCH formats 3 and 4
...
6.3.2.6.5        Mapping to physical resources

The block of modulation symbols $z(0), ..., z(N_{SF}^{PUCCH,s} M_{symb} - 1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUCCH,s}$ in order to conform to the transmit power specified in [5, TS 38.213] and mapped in sequence starting with $z(0)$ to resource elements $(k, l)_{p,\mu}$ which meet all of the following criteria:

**Source**: 38.211

3GPP TS 38.211 version 16.8.0 "Physical channels and modulation."[164]

237.    As shown below, the first signaling and the second signaling are respectively used to determine a first antenna port group and a second antenna port group; the first antenna port group and the second antenna port group are respectively applicable to the first time-frequency resource and the second time-frequency resource; an antenna port group comprises a positive integer number of antenna port(s):

9.2.3    UE procedure for reporting HARQ-ACK
...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

---

[164] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.211/

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[165]

### 6.1.3.18     PUCCH spatial relation Activation/Deactivation MAC CE

...

- $S_i$: If, in *PUCCH-Config* in which the PUCCH Resource ID is configured, there is a PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* as specified in TS 38.331 [5], configured for the uplink bandwidth part indicated by BWP ID field, $S_i$ indicates the activation status of PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* equal to i + 1, otherwise MAC entity shall ignore this field. The $S_i$ field is set to 1 to indicate PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* equal to i + 1 shall be activated. The $S_i$ field is set to 0 to indicate PUCCH Spatial Relation Info with *PUCCH-SpatialRelationInfoId* equal to i + 1 shall be deactivated. Only a single PUCCH Spatial Relation Info can be active for a PUCCH Resource at a time;

**Source**: 38.321

3GPP TS 38.321 version 16.7.0 "Medium Access Control (MAC) protocol specification."[166]

### 6.3.2     Radio resource control information elements

...

```
PUCCH-SpatialRelationInfo ::=        SEQUENCE {
    pucch-SpatialRelationInfoId        PUCCH-SpatialRelationInfoId,
    servingCellId                          ServCellIndex
    referenceSignal                        CHOICE {
        ssb-Index                              SSB-Index,
        csi-RS-Index                           NZP-CSI-RS-ResourceId,
        srs                                    PUCCH-SRS
    },
...
NZP-CSI-RS-Resource ::=              SEQUENCE {
    nzp-CSI-RS-ResourceId                  NZP-CSI-RS-ResourceId,
    resourceMapping                        CSI-RS-ResourceMapping,
    ...

    CSI-RS-ResourceMapping ::=         SEQUENCE {
        frequencyDomainAllocation              CHOICE {
            row1                                   BIT STRING (SIZE (4)),
            row2                                   BIT STRING (SIZE (12)),
            row4                                   BIT STRING (SIZE (3)),
            other                                  BIT STRING (SIZE (6))
        },
        nrofPorts                              ENUMERATED {p1,p2,p4,p8,p12,p16,p24,p32},
```

**Source**: 38.331

3GPP TS 38.331 version 16.7.0 "Radio Resource Control (RRC) protocol specification."[167]

238.    As shown below, the first time-frequency resource and the second time-frequency resource are used for determining the target time-frequency resource from the first time-frequency resource and the second time-frequency resource:

---

[165] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[166] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.321/
[167] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.331/

## 9        UE procedure for reporting control information

...

- if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission

### 9.1        HARQ-ACK codebook determination

If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE can be indicated by *pdsch-HARQ-ACK-CodebookList* to generate one or two HARQ-ACK codebooks. If the UE is indicated to generate one HARQ-ACK codebook, the HARQ-ACK codebook is associated with a PUCCH of priority index 0. If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE multiplexes in a same HARQ-ACK codebook only HARQ-ACK information associated with a same priority index. If the UE is indicated to generate two HARQ-ACK codebooks

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[168]

### 9.2.3        UE procedure for reporting HARQ-ACK

...

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in the PUCCH where, for PUCCH resource determination, detected DCI formats are first indexed in an ascending order across serving cells indexes for a same PDCCH monitoring occasion and are then indexed in an ascending order across PDCCH monitoring occasion indexes. For indexing DCI formats within a serving cell for a same PDCCH monitoring occasion, if the UE is not provided *coresetPoolIndex* or is provided *coresetPoolIndex* with value 0 for one or more first CORESETs and is provided *coresetPoolIndex* with value 1 for one or more second CORESETs on an active DL BWP of a serving cell, and with *ackNackFeedbackMode = joint* for the active UL BWP, detected DCI formats from PDCCH receptions in the first CORESETs are indexed prior to detected DCI formats from PDCCH receptions in the second CORESETs.

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[169]

---

[168] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/
[169] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

### 7.3.1.2    DCI formats for scheduling of PDSCH

...

#### 7.3.1.2.1    Format 1_0

DCI format 1_0 is used for the scheduling of PDSCH in one DL cell.

...

- PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]

...

#### 7.3.1.2.2    Format 1_1

DCI format 1_1 is used for the scheduling of PDSCH in one cell.

...

- PUCCH resource indicator – 3 bits as defined in Clause 9.2.3 of [5, TS 38.213]

...

#### 7.3.1.2.3    Format 1_2

DCI format 1_2 is used for the scheduling of PDSCH in one cell.

...

- PUCCH resource indicator – 0 or 1 or 2 or 3 bits determined by higher layer parameter *numberOfBitsForPUCCH-ResourceIndicatorDCI-1-2*

**Source**: 38.212

3GPP TS 38.212 version 16.8.0 "Multiplexing and channel coding."[170]

239.    As shown below, when the first time-frequency resource and the second time-frequency resource belong to a same time-frequency resource pool among the N2 time-frequency resource pools, the target time-frequency resource is the first time-frequency resource:

### 9.1    HARQ-ACK codebook determination

If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE can be indicated by *pdsch-HARQ-ACK-CodebookList* to generate one or two HARQ-ACK codebooks. If the UE is indicated to generate one HARQ-ACK codebook, the HARQ-ACK codebook is associated with a PUCCH of priority index 0. If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE multiplexes in a same HARQ-ACK codebook only HARQ-ACK information associated with a same priority index. If the UE is indicated to generate two HARQ-ACK codebooks

- a first HARQ-ACK codebook is associated with a PUCCH of priority index 0 and a second HARQ-ACK codebook is associated with a PUCCH of priority index 1

- the UE is provided first and second for each of {*PUCCH-Config, UCI-OnPUSCH, PDSCH-codeBlockGroupTransmission*} by {*PUCCH-ConfigurationList, UCI-OnPUSCH-ListDCI-0-1, PDSCH-CodeBlockGroupTransmissionList*} or {*PUCCH-ConfigurationList, UCI-OnPUSCH-ListDCI-0-2, PDSCH-CodeBlockGroupTransmissionList*}, respectively, for use with the first and second HARQ-ACK codebooks, respectively

...

### 9.2.3    UE procedure for reporting HARQ-ACK

For a PUCCH transmission with HARQ-ACK information, a UE determines a PUCCH resource after determining a set of PUCCH resources for $O_{UCI}$ HARQ-ACK information bits, as described in clause 9.2.1. The PUCCH resource determination is based on a PUCCH resource indicator field [5, TS 38.212], if present, in a last DCI format, among the DCI formats that have a value of a PDSCH-to-HARQ_feedback timing indicator field, if present, or a value of *dl-DataToUL-ACK*, or *dl-DataToUL-ACK-r16*, or *dl-DataToUL-ACKForDCIFormat1_2*, indicating a same slot for the PUCCH transmission, that the UE detects and for which the UE transmits corresponding HARQ-ACK information in

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[171]

---

[170] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.212/
[171] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

240.    As shown below, when the first time-frequency resource and the second time-frequency resource belong to different time-frequency resource pools among the N2 time-frequency resource pools, the target time-frequency resource is the second time-frequency resource:

## 9    UE procedure for reporting control information

...

- if a transmission of a first PUCCH of larger priority index scheduled by a DCI format in a PDCCH reception would overlap in time with a repetition of a transmission of a second PUSCH or a second PUCCH of smaller priority index, the UE cancels the repetition of a transmission of the second PUSCH or the second PUCCH before the first symbol that would overlap with the first PUCCH transmission

...

### 9.1    HARQ-ACK codebook determination

If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE can be indicated by *pdsch-HARQ-ACK-CodebookList* to generate one or two HARQ-ACK codebooks. If the UE is indicated to generate one HARQ-ACK codebook, the HARQ-ACK codebook is associated with a PUCCH of priority index 0. If a UE is provided *pdsch-HARQ-ACK-CodebookList*, the UE multiplexes in a same HARQ-ACK codebook only HARQ-ACK information associated with a same priority index. If the UE is indicated to generate two HARQ-ACK codebooks

- a first HARQ-ACK codebook is associated with a PUCCH of priority index 0 and a second HARQ-ACK codebook is associated with a PUCCH of priority index 1

- the UE is provided first and second for each of {*PUCCH-Config*, *UCI-OnPUSCH*, *PDSCH-codeBlockGroupTransmission*} by {*PUCCH-ConfigurationList*, *UCI-OnPUSCH-ListDCI-0-1*, *PDSCH-CodeBlockGroupTransmissionList*} or {*PUCCH-ConfigurationList*, *UCI-OnPUSCH-ListDCI-0-2*, *PDSCH-CodeBlockGroupTransmissionList*}, respectively, for use with the first and second HARQ-ACK codebooks, respectively

**Source**: 38.213

3GPP TS 38.213 version 16.8.0 "Physical layer procedures for control."[172]

241.    Based on the above Lenovo directly infringes at least claims 1 and 11 of the '108 Patent.

242.    In addition to direct infringement by making, using, offering to sell, selling, and/or importing the Lenovo Accused Products, Lenovo indirectly infringes the '108 Patent claims.

243.    Lenovo has indirectly infringed and continues to indirectly infringe the '108 Patent by inducing third parties to directly infringe that patent.

244.    Lenovo had actual knowledge of the '108 Patent at least as of its receipt of Plaintiff's letter on November 13, 2023, and continues to import, make, use, sell, and/or offer for sale the Lenovo Accused Products. At the very latest, Lenovo had actual knowledge of the '108 Patent and of its infringement of that patent as of the date of this Complaint.  Where acts constituting direct

---

[172] Available at https://www.3gpp.org/ftp/Specs/archive/38_series/38.213/

infringement of the '108 Patent are not performed by Lenovo, such acts constituting direct infringement of the '108 Patent are performed by Lenovo's customers or end-users who act at the direction and/or control of Lenovo, with Lenovo's knowledge.

245.   Lenovo knows that the use of the Lenovo Accused Products on a 5G network constitutes infringement of the '108 Patent.

246.   Lenovo advertises the infringing products and services, publishes specifications and promotional literature encouraging customers to operate the accused products and services, creates and/or distributes user manuals for the accused products and services that provide instruction and/or encourage infringing use, and offers support and/or technical assistance to its customers that provide instructions on and/or encourage infringing use.

247.   Lenovo encourages and facilitates its customers to infringe the '108 Patent by instructing customers that purchase the Lenovo Accused Products that such devices have voice calling capability and internet connection capability using 5G cellular networks, and providing various indicators within those devices of the same.

248.   For instance, Lenovo provides its customers with a user guide for each of the Lenovo Accused Products. The user guide includes instructions on how to make a phone call as shown in the example below:

**NETWORK**

Connected to cellular/mobile network (full signal). Speed of your network connection is also shown. Possible speeds, from slowest to fastest, are 3G, H, H+, 4G, 5G. Available speeds depend on your carrier and your location.

173

---

[173] https://help.motorola.com/hc/7166/16/pdf/help-motorola-edge-2025-16-na-en-us.pdf

130

## Make calls

### Make a call

1.  Open the Phone app .

2.  Tap  and enter a number.

3.  If you enter a wrong number, tap .

4.  Tap  to call the number.

5.  To hang up, tap .

### Other ways to make calls

You can place calls from:

*   The Phone app 

*   The Contacts app 

*   The Gemini app 

*   Other apps that show contact information. Wherever you see a phone number, you can usually touch it to dial.

### Return a recent call

In the Phone app , tap  > **All**, then tap  next to the number. [174]

**Chapter 2.  Get started with your computer. . . . . . . . . . . . . . . . 11**
Get started with your desktop . . . . . . . . . 11
    Launch an app  . . . . . . . . . . . . . 11
    Launch settings . . . . . . . . . . . . . 11
    Get support  . . . . . . . . . . . . . . 11
Manage networks . . . . . . . . . . . . . . 11
    Connect to Wi-Fi networks. . . . . . . . . 12
    Connect to a cellular network (for selected
    models of ThinkPad P16s Gen 4) . . . . . . 12 [175]

## Connect to a cellular network (for selected models of ThinkPad P16s Gen 4)

To connect a 4G or 5G cellular data network, you must have a wireless wide area network (WWAN) card and a nano-SIM card installed. The nano-SIM card might come with your computer by countries or regions. If no nano-SIM card is shipped, you need to purchase one from authorized service carriers. [176]

---

[174] *Id.*

[175] https://download.lenovo.com/pccbbs/mobiles_pdf/p14s_g6_p16s_g4_linux_ug.pdf

[176] *Id.*

131



249.     Using a Lenovo Accused Product to make a phone call or connect to the Internet on a 5G-supported wireless carrier network results in infringement of the '108 Patent.

250.     Plaintiff is informed and believes, and on that basis alleges, that Lenovo indirectly infringes at least claims 1 and 11 of the '108 Patent by active inducement in violation of 35 U.S.C. § 271(b), by at least manufacturing, importing, supplying, distributing, selling, and/or offering for sale the Lenovo Accused Products to its customers with the knowledge and intent that use of those products would constitute direct infringement of the '108 Patent.  Lenovo has induced, and continues to induce, direct infringement of the '108 Patent by customers, importers, sellers, resellers, and/or end users of the Lenovo Accused Products.

251.     End users of the Lenovo Accused Products, pursuant to Lenovo's instructions, indicators, and advertisements, thus each directly infringe the '108 Patent.

---

[177] https://en-us.support.motorola.com/app/answers/detail/a_id/192189/~/user-guide-%28html%29-%7C-motorola-razr-fold---2026

252.    Lenovo also indirectly infringes by contributing to the infringement of, and continuing to contribute to the infringement of, one or more claims of the '108 Patent under 35 U.S.C. § 271(c) and/or 271(f) by selling, offering for sale, and/or importing into the United States, the Lenovo Accused Products. Lenovo knew at least as of its receipt of Plaintiff's letter on November 13, 2023, that the accused products and/or services include hardware components and software instructions that work in concert to perform specific, intended functions. Such specific, intended functions, carried out by these hardware and software combinations, are a material part of the inventions of the '108 Patent and are not staple articles of commerce suitable for substantial non-infringing use.

253.    The acts of infringement by Lenovo have caused damage to Plaintiff, and Plaintiff is entitled to recover from Lenovo damages sustained by Plaintiff as a result of Lenovo's wrongful acts in an amount subject to proof at trial. The infringement of the '108 Patent by Lenovo has damaged and will continue to damage Plaintiff.

254.    Lenovo had actual knowledge of, or was willfully blind to, the existence of the '108 Patent and Lenovo's infringement of the '108 Patent before the filing of this Complaint and at least as early as November 13, 2023, when it received Plaintiff's letter.

255.    Despite this knowledge, Lenovo continued its infringing activities despite an objectively high likelihood that its activities constituted infringement of a valid patent, and this risk was either known or obvious that it should have been known to Lenovo. Thus, Lenovo's infringement has been, and continues to be, willful and deliberate.

## **JURY DEMAND**

256.    Plaintiff hereby demands a trial by jury on all issues.

133

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests entry of judgment in its favor and against Lenovo as follows:

a)  A declaration that Lenovo has infringed and is infringing one or more claims of the '656 Patent, either literally or under the doctrine of equivalents;

b)  A declaration that Lenovo has infringed and is infringing one or more claims of the '564 Patent, either literally or under the doctrine of equivalents;

c)  A declaration that Lenovo has infringed and is infringing one or more claims of the '230 Patent, either literally or under the doctrine of equivalents;

d)  A declaration that Lenovo has infringed and is infringing one or more claims of the '108 Patent, either literally or under the doctrine of equivalents;

e)  An award of damages pursuant to 35 U.S.C. §§ 284, 285, 286, and 287 adequate to compensate Plaintiff for Lenovo's infringement of the Asserted Patents in an amount according to proof at trial (together with prejudgment and post-judgment interest), but no less than a reasonable royalty, including but not limited to a post-judgment running royalty;

f)  A declaration that Lenovo's infringement is willful since at least as early as March 28, 2023 for the '656 Patent and the '230 Patent, and since at least as early as November 13, 2023 for the '564 Patent and the '108 Patent, and enhancing damages pursuant to 35 U.S.C. § 284;

g)  An award of costs and expenses pursuant to 35 U.S.C. § 284 or as otherwise permitted by law;

134

h)  An award of attorneys' fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by law; and

i)  Such other and further relief, whether legal, equitable, or otherwise, to which Plaintiff may be entitled or which this Court may order.

Dated:  June 30, 2026                              Respectfully submitted,

                                                   /s/  Amir H. Alavi
                                                   Amir H. Alavi
                                                   Texas Bar No. 00793239
                                                   aalavi@aatriallaw.com
                                                   Demetrios Anaipakos
                                                   Texas Bar No. 00793258
                                                   danaipakos@aatriallaw.com
                                                   Michael McBride
                                                   Texas Bar No. 24065700
                                                   mmcbride@aatriallaw.com
                                                   C. Ryan Pinckney
                                                   Texas Bar No. 24067819
                                                   rpinckney@aatriallaw.com
                                                   Justin Y. Chen
                                                   Texas Bar No. 24074024
                                                   jchen@aatriallaw.com
                                                   ALAVI & ANAIPAKOS PLLC
                                                   609 Main Street, Suite 3200
                                                   Houston, Texas 77002
                                                   Telephone: (713) 751-2362
                                                   Facsimile:  (713) 751-2341

                                                   *Counsel for Plaintiff Dido Wireless Innovations LLC*

135